## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Jeffory W. Weaver, an individual, et al. (See Attached EXHIBIT "A") | County of Orange, Does 1 through 100, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Miguel G. Caballero, SBN 110333<br>Law Offices Of Herbert Hafif, APLC<br>269 W. Bonita Avenue, Claremont, CA 91711  (909) 624-1671 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C.§207(a)Plaintiffs assert violations of Fair Labor Standards Act-Failure to pay straight time and/or overtime for compensable work performed.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☑ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Inmigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number:  ___ **SACV10-00101 JVS (MLGx)** ___

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Jeffory W. Weaver, an individual, et al.
(See Attached EXHIBIT "A")

**DEFENDANTS**
County of Orange, Does 1 through 100, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Miguel G. Caballero, SBN 110333
Law Offices Of Herbert Hafif, APLC
269 W. Bonita Avenue, Claremont, CA 91711  (909) 624-1671

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C.§207(a)Plaintiffs assert violations of Fair Labor Standards Act-Failure to pay straight time and/or overtime for compensable work performed.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☒ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  **CIVIL COVER SHEET**  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?    No  X   Yes

If yes, list case number(s):  SACV 05-1103 CJC (ANx)

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?    No  X   Yes

If yes, list case number(s):  SACV 05-1103 CJC (ANx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    X    A. Arise from the same or closely related transactions, happenings, or events; or

X    B. Call for determination of the same or substantially related or similar questions of law and fact; or

X    C. For other reasons would entail substantial duplication of labor if heard by different judges; or

D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, Los Angeles County, Riverside County, San Bernadino County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

X    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):                                        Date   1/21/10

**Notice to Counsel/Parties:**  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

# EXHIBIT A

EXHIBIT "A" TO CIVIL COVER SHEET
*Jeffory W. Weaver, an individual, et al. v. County of Orange, et al.*

***PLAINTIFFS***: JEFFORY W. WEAVER, an individual; ASHRAF ABDELMUTI, an individual; TONY G. ACOSTA, an individual; JASON AGOLIA, an individual; MEINARDO B. AGUILERA, an individual; MARCOS ROMAN ALAMILLO, an individual; JOSEPH L. ALLEMAND, an individual; GREGORY R. ALLEN, an individual; ALONZO ALVAREZ, an individual; ARTURO ALVAREZ, an individual; JOSE J. ALVAREZ, an individual; PABLO ALVAREZ, an individual; JOE ANAYA, an individual; CHRISTOPHER J. ANDERSON, an individual; GRETCHEN ANDERSON, an individual; ANTONIO AQUINO, an individual; JUAN C. ARCINIEGA, an individual; JESUS ARELLANO, an individual; EDOARDO M. ARREDONDO, an individual; VIRGIL ASUNCION, an individual; PHILIP AVALOS, an individual; JR., an individual; JAMES H. AVANT, an individual; JR., an individual; EDWARD AVILA, an individual; RICHARD AVILA, an individual; RONALD J. BAHRA, an individual; EDWARD W. BAKER, an individual; SCOTT BAKER, an individual; MARK BALTODANO, an individual; BRUCE BARBER, an individual; CARLOS BARCELOS, an individual; JOE BARILLA, an individual; RON P. BARRETT, an individual; TIMOTHY L. BARTLETT, an individual; JOSHUA M. BAUGH, an individual; FERNANDO BECERRA, an individual; CHRISTOPHER J. BEES, an individual; MARTIN BELTRAN, an individual; DAVID BERRY, an individual; CHRIS F. BEULER, an individual; MICHELLE C. BLACK, an individual; STAN F. BLASZAK, an individual; JIMMIE L. BLEVINS, an individual; DANIEL P. BLOOM, an individual; MELONIE J. BLOOM, an individual; MICHAEL V. P. BODNAR, an individual; KEITH M. BOETTNER, an individual; NICK BOGDANOVICH, an individual; RAYMOND BOTTA, an individual; DANIEL J. BOWDISH, an individual; TERRY L. BOWERS, an individual; MARIA BOWMAN, an individual;

1  AARON A. BRADY, an individual; DARREN A. BRAHAM, an individual;
2  AARON BRAKE, an individual; DAVID BRANT, an individual; JASON C.
3  BRANT, an individual; STEVEN K. BREATON, an individual; JANE BRENNAN,
4  an individual; JOSHUA BROADWATER, an individual; STEPHEN J. BROWN, an
5  individual; TIMOTHY D. BROWN, an individual; JOSEPH S. BUCARO, an
6  individual; MARY C. BUECHLER, an individual; JEREMY A. BUFFONG, an
7  individual; JOSEPH A. BULL, an individual; WILLIAM BURK, an individual;
8  AMY BURMOOD, an individual; GARY BYERLEY, an individual; RONALD E.
9  BYERS, an individual; CLINTON BYRD, an individual; JEREMY J. CACIOPPO,
10 an individual; RONALD L. CAGLE, an individual; KC CALDER, an individual;
11 STACY CAMARENA, an individual; JEREMY CAMPBELL, an individual;
12 SCOTT CAMPBELL, an individual; SAUL CARDENAS, an individual; LISA
13 CARLSON, an individual; MICHAEL E. CARLSON, an individual; WALTER S.
14 CARMONA, an individual; NICHOLAS L. CAROPINO, an individual; KENT T.
15 CARPENTER, an individual; ROBERT CARPENTER, an individual; TODD A.
16 CARPENTER, an individual; MICHAEL CARRILLO, an individual; BRADLEY
17 S. CARRINGTON, an individual; ANDREW L. CARSON, an individual; JR., an
18 individual; CHARLES CASTANEDA, an individual; ROCKY G. CASTELLANO,
19 an individual; ARTHUR CASTIGLIA, an individual; MARK T. CASTRO, an
20 individual; RICHARD CASTRO, an individual; HECTOR CATALAN, an
21 individual; TIMOTHY M. CATALANO, an individual; CHRISTOPHER C.
22 CEJKA, an individual; SERGIO CERNE, an individual; DANIEL E.
23 CERVANTES, an individual; RICHARD CHAMBERLAIN, an individual;
24 DOUGLAS CHAMPION, an individual; CHRISTINE CHANG, an individual;
25 JASON J. CHAPLUK, an individual; JEFFERY SCOTT CHAPMAN, an
26 individual; KHANTEY CHAR, an individual; PAUL E. CHASE, an individual;
27 DANIEL ROY CHAVEZ, an individual; MARIO E. CHAVEZ, an individual;
28 MARK CHAVIRA, an individual; THOMAS E. CHEVALLIER, an individual;

1   JEANETTE CHRISTENSEN, an individual; LANCE CHRISTENSEN, an
2   individual; JOHN CHUNG, an individual; CAESAR F. CISNEROS, an individual;
3   CHERYL M. CISOWSKI, an individual; DOUGLAS L. CLAYPOOL, an
4   individual; MARK A. CLAYPOOL, an individual; LORI CLEELAND-HERIAN,
5   an individual; DALE R. CLIFTON, an individual; KENNETH J. COBB, an
6   individual; SCOTT COLE, an individual; PAMELA J. COLVER, an individual;
7   REBECCA CONTRERAS, an individual; SHANE CONWAY, an individual;
8   FERNANDO CORTES, an individual; UVALDO C. CORVERA, an individual;
9   DANIEL CORWIN, an individual; ROD L. COUEY, an individual; RICHARD
10  COVINGTON, an individual; ROBERT D. COWIN, an individual; TROY
11  CRELLIN, an individual; SUSAN CRIVELLI, an individual; JOE M. CROOM, an
12  individual; MICHAEL CROUCH, an individual; JEFF CROWLEY, an individual;
13  KIRKLAND H. CUMMINGS, an individual; RAY W. CUNNINGHAM, an
14  individual; JASON DANIELS, an individual; WARREN DANIELS, an individual;
15  BRETT DARNELL, an individual; CHAD M. DAVIS, an individual; JAMES W.
16  DAVIS, an individual; ROBERT DAVIS, an individual; RENE DE LA ROSA, an
17  individual; GLENN DE LOS REYES, an individual; LARRY L. DE LOS REYES,
18  an individual; DENNIS M. DEAN, an individual; DANIEL R. DECKER, an
19  individual; MICHAEL DEE, an individual; DAYTON DELCAMBRE, an
20  individual; CYNTHIA T. DELGADILLO, an individual; HECTOR J.
21  DELGADILLO, an individual; JOHN R. DELGADILLO, an individual; KEN R.
22  DEMAURO, an individual; ROBERTO T. DEPADUA, an individual; JOSHUA
23  DIETRICH, an individual; DONALD M. DIXON, an individual; TIM R. DOLAN,
24  an individual; CYNTHIA S. DONNELSON, an individual; DANIEL S.
25  DOUTHITT, an individual; WILLIAM DOW, an individual; HEATHER
26  DRUMMOND, an individual; MICHAEL E. DUDA, an individual; SHAWN
27  DUFFY, an individual; ROBERT DUNHAM, an individual; MANUEL DURAN,
28  an individual; RYAN D. DURHAM, an individual; DOUGLAS PAUL EARL, an

individual; JAMES T. EDGERTON, an individual; STEVEN EDMISTEN, an
individual; DANIEL J. EDRALIN, an individual; ROBERT J. EDWARDS, an
individual; RUSSELL A. EGBERT, an individual; MARK EGGE, an individual;
HADI ELALI, an individual; RODNEY ELCOCK, an individual; JAY ELLIOTT,
an individual; MICHAEL J. ELLIS, an individual; MARISELA ELMORE, an
individual; NATALIE ELZBETH, an individual; BARTON J. EPLEY, an
individual; MICHAEL J. EVANS, an individual; RICHARD S. EVANS, an
individual; DENISE FAIRCHILD, an individual; SEAN FALCONER, an
individual; RICHARD R. FASSEL, an individual; TROY FEELY, an individual;
RENE FERRER, an individual; JR., an individual; RAMONA FIGUEROA, an
individual; DUSTIN FIKE, an individual; GRANT FINLAY, an individual;
ROBERT F. FINN, an individual; HOLLY FISHER, an individual; SCOTT A.
FITCH, an individual; MICHAEL FLAHERTY, an individual; JEFF FLAMING, an
individual; ADRIANA FLETCHER, an individual; ALEXZANDRA FLORES, an
individual; ISAAC A. FLORES, an individual; DANIEL A. FLUKE, an individual;
RICK FLYNN, an individual; JOHN FOLEY, an individual; LEIGH ANNE A.
FOPPIANO, an individual; PATRICK FORD, an individual; CYRIL L. FOSTER,
an individual; KENNETH A. FRANCISCO, an individual; RICHARD A.
FRANCO, an individual; JEFFREY FRANKLIN, an individual; ROBERT W.
FRANZ, an individual; JASON FREDERICK, an individual; GLENN FREEMAN,
an individual; PERRY H. FRESE, an individual; RON R. FUGATE, an individual;
RYAN FULLERTON, an individual; JOSEPH FUNICELLO, an individual;
BARBARA ANN GALICIA, an individual; ARMANDO GARCIA, an individual;
BENJAMIN J. GARCIA, an individual; BORIS GARCIA, an individual; MELVIN
GARCIA, an individual; SANTOS N. GARCIA, an individual; WILBERT D.
GARCIA, an individual; EDWARD GARDEA, an individual; BRETT L.
GARDNER, an individual; GINA GARDUNO, an individual; SHERMAN R.
GARNETT, an individual; JR., an individual; CATHERINE L. GEARY, an

1  individual; KEVIN GEARY, an individual; DANIEL GEDDES, an individual;

2  MICHAEL A. GENOVESE, an individual; WILLIAM E. GIBSON, an individual;

3  AARON W. GILBERT, an individual; RHETT GILBERT, an individual; RYAN R.

4  GILBERT, an individual; SHERRI GILMAN, an individual; CRASH M. GLENN,

5  an individual; LANCE A. GLOGOWSKY, an individual; BRIAN A. GODGES, an

6  individual; ALEJANDRO GODINEZ, an individual; KIRSTEN D. GOINS, an

7  individual; FERNANDO GOMEZ, an individual; FRANK GONZALEZ, an

8  individual; JOEL GONZALEZ, an individual; DENNIS M. GORHAM, an

9  individual; ALBERTO R. GORRIN, an individual; EUGENE B. GOULD, an

10  individual; THOMAS GRAHAM, an individual; RONNIE J. GREENLAND, an

11  individual; PHILIP W. GREIFELT, an individual; MARK GREINER, an

12  individual; WILLIAM GROVER, an individual; ANGEL L. GUERRERO, an

13  individual; HENRY P. GUERRERO, an individual; BRIAN GUNSOLLEY, an

14  individual; CAMILO GUTIERREZ, an individual; TIMOTHY R. GUTIERREZ, an

15  individual; DARIN GUY, an individual; EVAN L. GUYOT, an individual;

16  ROBERT HACK, an individual; LAWRENCE N. HAHN, an individual; JR., an

17  individual; KIM C. HAIGHT, an individual; TIMOTHY T. HAIRE, an individual;

18  MARK HALE, an individual; JASON HALL, an individual; OWEN BARRETT

19  HALL, an individual; GARY P. HAMCHUK, an individual; STEVEN HAMILL, an

20  individual; BERNARD J. HAMILL, an individual; IV, an individual; JEFFREY

21  HAMPTON, an individual; JASON M. HAND, an individual; RYAN S. HANSEN,

22  an individual; KENNETH W. HARER, an individual; TIMOTHY LEIGH HARN,

23  an individual; JR., an individual; JOSHUA HARVEY, an individual; RON

24  HARVEY, an individual; ZANE HATHAWAY, an individual; CHRISTIAN W.

25  HAYS, an individual; DALLAS G. HENNESSEY, an individual; MICHAEL

26  HERCZEG, an individual; JESUS J. HERNANDEZ, an individual;

27  CHRISTOPHER D. HIBBS, an individual; ISAIAH HICKS, an individual; ROGER

28  HILTON, an individual; SCOTT M. HITT, an individual; CHRISTOPHER M.

HODEL, an individual; DANIEL L. HOFFMAN, an individual; TRENTON C.
HOFFMAN, an individual; DAVID HOLGUIN, an individual; TIMOTHY
HORNER, an individual; DAVID HOSANNA, an individual; JEFFERY T.
HOSKINSON, an individual; JASON HOWELL, an individual; SEAN HOWELL,
an individual; MERRY HUDSON, an individual; MICHAEL A. HURST, an
individual; EDWARD B. HUTCHINSON, an individual; GENE HYATT, an
individual; TODD HYLTON, an individual; JAMES ILFELD, an individual; KYLE
ISHII, an individual; JASON ITO, an individual; ERIK IVANCIC, an individual;
DANIEL SCOTT JACOBS, an individual; MARGARITO J. JACQUEZ, an
individual; MATTHEW BODIN JACQUOT, an individual; ERICA JAMES
(TUCKER), an individual; CHARLES DEAN JANSEN, an individual; SCOTT
JARVIS, an individual; MAYO JENKINS, an individual; JEFFERY S. JENSEN, an
individual; DARREN SCOTT JOHNS, an individual; CHARLES E. JOHNSON, an
individual; JAMES S. JOHNSON, an individual; JAMES P. JOHNSON, an
individual; LUCI A. JOHNSON, an individual; MICHAEL P. JOHNSON, an
individual; VICKI L. JOHNSON, an individual; GARY JONES, an individual;
VIRL A. JONES, an individual; STEVEN M. KALMIKOV, an individual; JOSEPH
KANTAR, an individual; STEVE KARAGIOSIAN, an individual; JULIA A.
KEARNS, an individual; KEVIN KEHOE, an individual; JASON T. KELLER, an
individual; MARK D. KELLEY, an individual; KEVIN KELLY, an individual;
STEVEN KENNEDY, an individual; WILLIAM P. KENNY, an individual;
KURTIS M. KETRING, an individual; MATTHEW C. KIEMLE, an individual;
DONALD KILCULLEN, an individual; SIMON THOMAS KIM, an individual;
WILLIAM E. KING, an individual; JR., an individual; WALTER KINGCADE, an
individual; PATRICK KINNEY, an individual; JENNIFER S. KLINEFELTER, an
individual; CONSTANCE M. KNAPP, an individual; KURT KOHLER, an
individual; ADAM KOLIHA, an individual; SIMON KONG, an individual;
BRYAN S. KOPP, an individual; MILAN KOVACEVICH, an individual;

1  FREDRIC J. KRATOCHVIL, an individual; RALPH KRUIS, an individual;
2  MARK KURTZ, an individual; MORLEY KWASCHNEFSKI, an individual;
3  KEVIN LA PYRNE, an individual; MICHAEL D. LABARBERA, an individual;
4  MICHAEL LACEY, an individual; MARK A. LANGE, an individual; CLINTON
5  W. LANGFORD, an individual; ANTHONY LARIOS, an individual; DAVID
6  LARSON, an individual; AL LASCHOBER, an individual; GREGORY
7  LASHLEY, an individual; KEVIN M. LEAHY, an individual; CHRISTOPHER M.
8  LEDBETTER, an individual; ALBERT S. LEE, an individual; CRAIG LEE, an
9  individual; JUNG K. LEE, an individual; TODD L. LEE, an individual; TOM J.
10 LEE, an individual; DOUGLAS LEONARD, an individual; RICHARD
11 LEONARD, an individual; OLLIE GILBERT LERMA, an individual; GARY
12 ROBERT LEWELLYN, an individual; DAVID J. LITTLE, an individual; SERGIO
13 LIZARDI, an individual; MAURO LOERA, an individual; BERNICE LOHRMAN,
14 an individual; CRISSY LOMHOLDT, an individual; RICHARD E. LONG, an
15 individual; WILLIAM J. LONGAN, an individual; CARLOS J. LOPEZ, an
16 individual; EUSTACIO A. LOPEZ, an individual; KEVIN LOVELESS, an
17 individual; GERALD V. LOWE, an individual; DAVID SCOTT LOWENSTEIN,
18 an individual; THOMAS D. LUCAS, an individual; ARTHUR L. LUCERO, an
19 individual; THOMAS E. LUDWICK, an individual; LARRY R. LUHRSEN, an
20 individual; KATHERINA T. LUNA, an individual; LIONEL JOHN LUNA, an
21 individual; RICHARD B. LUNZER, an individual; EDWARD J. LUTZ, an
22 individual; PETER MACH, an individual; ALAN MACIAS, an individual;
23 EDUARDO A. MACIAS, an individual; JENNIFER MACIAS, an individual;
24 JACQUELINE MACPHERSON, an individual; DAVID MAIN, an individual;
25 JEFFREY W. MANCHESTER, an individual; JASON MANN, an individual;
26 PETER MARACINE, an individual; STEVEN D. MARBLE, an individual; JORGE
27 MARQUEZ, an individual; KASEY V. MARSHALL, an individual; CARLOS
28 MARTINEZ, an individual; FELIPE MARTINEZ, an individual; HECTOR

MARTINEZ, an individual; CORY MARTINO, an individual; JUSTIN
MATHIESON, an individual; BARBARA J. MATILLO, an individual; DALE V.
MATTSON, an individual; TROY JOSEPH MATTSSON, an individual; THOMAS
J. MAXWELL, an individual; COREY MAYER, an individual; DAVID JAMES
MAYER, an individual; BRIAN MATTHEW MCBRIDE, an individual;
ELIZABETH J. MCCONATHY, an individual; MARK MCCORMICK, an
individual; DONALD R. MCCRANER, an individual; MATTHEW J. MCDANIEL,
an individual; CHRISTOPHER MCDONALD, an individual; DAVID M.
MCFADDEN, an individual; AARON D. MCFATRIDGE, an individual;
WILLIAM PATRICK MCKEAGUE, an individual; DANIEL MCNAMEE, an
individual; JAY MCNEILLY, an individual; JOSEPH E. MEEHAN, an individual;
DANIEL A. MENDOZA, an individual; GLENN MENDOZA, an individual;
MARIA G. MENDOZA, an individual; PHILLIP L. MENDOZA, an individual;
SCOTT J. MERRILL, an individual; DANIEL MEYERS, an individual; ROBERT
W. MILANOWSKI, an individual; GEORGE J. MILLER, an individual; II, an
individual; GORDON F. MILLS, an individual; DANIEL P. MISSEL, an
individual; GLENN S. MITCHELL, an individual; KEVIN MITCHELL, an
individual; LARRY MITCHELL, an individual; EMAD MITRY, an individual;
MICHAEL MITTELSTAEDT, an individual; KEITH W. MITTERMEIER, an
individual; JAMES MOLDENHAUER, an individual; DON MONTELEONE, an
individual; JOSE MONTES, an individual; ALEX A. MONTOYA, an individual;
SCOTT MONTOYA, an individual; THOMAS E. MOODY, an individual;
TABETHA MOORE, an individual; EDWIN MORA, an individual; JOHN MORA,
an individual; RODNEY MORIKAWA, an individual; RANDY MORPHEW, an
individual; WILLIAM MOTODERA, an individual; MARK D. MRAZ, an
individual; SPENCER MUIR, an individual; DANIEL J. MUNOZ, an individual;
SEAN P. MURPHY, an individual; CLARA L. MURRAY, an individual; JAY
MYERS, an individual; ROBERT W. NARANJO, an individual; JAMES A.

1  NASSER, an individual; PATRICIA A. NEIMAN, an individual; CRAIG G.

2  NELSON, an individual; IVAN J. NELSON, an individual; RICHARD W.

3  NELSON, an individual; HUY T. NGUYEN, an individual; LLOYD P. NGUYEN,

4  an individual; TRUNG NGUYEN, an individual; BENJAMIN NICHOLSON, an

5  individual; JEFFERY A. NOLAN, an individual; TRACEY LYNN NOLAN, an

6  individual; KRAIG NOVAK, an individual; RICHARD OATES, an individual;

7  CHRIS O'BRIEN-KINSEY, an individual; MARC ANTHONY ODOM, an

8  individual; JESSE OLLER, an individual; GUY OLSCHEWSKE, an individual;

9  MICHELLE L. OLSZEWSKI, an individual; ADEWALE OLUKOJU, an

10 individual; PAUL OPHASO, an individual; RAFAEL ORTIZ, an individual;

11 SCOTT C. OSTASH, an individual; JUSTIN OSTERFELD, an individual;

12 RICHARD D. OSTROW, an individual; II, an individual; KELLY C.

13 PAAKKONEN, an individual; MICHAEL J. PADILLA, an individual; SI PAGE, an

14 individual; ZACHARIAS N. PAGE, an individual; ALI PAHLAVAN, an

15 individual; ANTHONY PAPSIS, an individual; SHANNON W. PARKER, an

16 individual; THEODORE B. PARKS, an individual; DEANNA L. PATRICK, an

17 individual; CHARLES EDWARD PATTON, an individual; PAUL JOSEPH PECK,

18 an individual; DAVID J. PENA, an individual; EDWIN PENDREY, an individual;

19 SAMMY PERALES, an individual; ANTON PEREYRA, an individual; DAVID B.

20 PEREZ, an individual; PETER PEREZ, an individual; STEVEN P. PEREZ, an

21 individual; GERALD S. PERREIRA, an individual; NATHAN D. PHELPS, an

22 individual; JERRY R. PHILLIPS, JR., an individual; KEVIN A. PIPER, an

23 individual; JASON A. PITTS, an individual; PHILLIP B. POVERO, an individual;

24 DESTONN C. POYTHRESS, an individual; JEREMIAH PRESCOTT, an

25 individual; MATTHEW D. PRINCE, an individual; RON PRIVETT, an individual;

26 PATRICK PRZYBYLA, an individual; DAVID ALLEN PYKE, an individual;

27 ALEX QUILANTAN, an individual; MLADEN RADOJICIC, an individual;

28 ANTONIO RAMIREZ, an individual; MIGUEL RANGEL, an individual; NANCY

1  RANGEL, an individual; RONALD J. *REED*, an individual; RONALD P. REESE,

2  an individual; REBECCA REGER, an individual; THOMAS J. REHAK, an

3  individual; ANDY REYES, an individual; KRISTEN REYES, an individual;

4  RICHARD A. REYES, an individual; RONALD T. REYES, an individual;

5  RONALD H. RHODES, an individual; III, an individual; AARON A. RICHARD,

6  an individual; LYNN J. RIDENOUR, an individual; JR., an individual; ROBERT D.

7  RIVAS, an individual; CHAD ROBINETT, an individual; BRYAN C. ROBINS, an

8  individual; DORIS RODRIGUEZ, an individual; MICHELLE L. RODRIGUEZ, an

9  individual; RICHARD JOHN RODRIGUEZ, an individual; ROBERTO L.

10 RODRIGUEZ, an individual; GEOFFREY W. ROLLINS, an individual; EDWARD

11 M. ROMERO, an individual; HECTOR ROMERO, an individual; PHILLIP

12 ROMERO, an individual; RYAN J. ROOT, an individual; NICHOLAS P. ROSS, an

13 individual; VINCENT ROSS, an individual; PHILLIP L. ROTH, an individual;

14 KIRBY C. ROUCHER, an individual; MICHELLE ROWLAND, an individual;

15 MARIO SALDIVAR, an individual; LISA SAMSEL-WEITZE, an individual;

16 PHILLIP SAMUELS, III, an individual; CARLOS A. SANCHEZ, an individual;

17 CHRISTOPHER SANTHON, an individual; DAVID SCARPA, an individual;

18 DONALD SCHMIER, an individual; ERIC ALAN SCHUBERT, an individual;

19 AARON L. SCHULTE, an individual; NICHOLAS A. SCHWAB, an individual;

20 SUZY SEAMON, an individual; CECIL SELLERS, an individual; MELANIE L.

21 SHAW, an individual; MICHAEL C. SHEA, an individual; JOSEPH A. SHEBELL,

22 an individual; JR., an individual; SAME SHEHADEH, an individual; BRIAN

23 SHELTON, an individual; CHARLES F. SHERMAN, an individual; TOMAS

24 SIERRA, an individual; DONNA SIEVERS, an individual; CALVIN S. SILVA, an

25 individual; WILLIAM M. SIMANDL, an individual; BRIAN SIMS, an individual;

26 MICHELLE V. SITTON, an individual; JOSEPH F. SLOUKA, an individual;

27 CHAD SMITH, an individual; JEFFREY M. SMITH, an individual; JEFFREY E.

28 SMITH, an individual; ROBERT L. SMITH, an individual; WILLIAM G. SMITH,

1  an individual; BRIAN G. SNOW, an individual; BRETT W. SNYDER, an

2  individual; JACK S. SONGER, an individual; MIGUEL A. SOTELO, an individual;

3  JON SOYDINC, an individual; MICHAEL SPAIN, an individual; DAVID

4  SPRAGUE, an individual; JOHN P. SPRAGUE, an individual; THOMAS J.

5  SPRATT, an individual; JESSE SPRUILL, an individual; THOMAS M. SRAMEK,

6  an individual; THOMAS R. STAMMER, an individual; KIMBERLY

7  STANSFIELD, an individual; ERIC C. STELL, an individual; CHARLES A.

8  STEPHENS, an individual; TERRY STEPP, an individual; BRYAN V. STEVENS,

9  an individual; SHANE S. STEWART, an individual; MICHAEL W. STOUT, an

10 individual; CHRISTOPHER D. STREED, an individual; JARED STREETER, an

11 individual; THOMAS E. STREETER, an individual; CHARLES H. STUMPH, an

12 individual; II, an individual; DAVID SWAIM, an individual; ROBERT K.

13 SWANSON, an individual; ROBERT S. SZEWCZYK, an individual; MARK R.

14 TAUZIN, an individual; DARIN L. TAYLOR, an individual; KEVIN LEE

15 TAYLOR, an individual; TREVOR TAYLOR, an individual; MICHAEL B.

16 THALKEN, an individual; RICHARD D. THEIS, an individual; BRYAN C.

17 THOMAS, an individual; MILTON E. THOMAS, an individual; SHANE

18 THOMAS, an individual; CHRISTOPHER B. THOMPSON, an individual;

19 RUSSELL C. THOMPSON, an individual; SUZANNE M. TINKLER, an

20 individual; ARTHUR TISCARENO, an individual; GEORGE TISCARENO, an

21 individual; TERRY N. TODD, an individual; RANDOLPH M. TORRES, an

22 individual; ROBERT TORREZ, an individual; KENNETH GLEN TRAUTMAN, an

23 individual; BINH TRINH, an individual; DARRYL TRONCOSO, an individual;

24 RICHARD TRUCKS, an individual; JEFFREY J. TUCKER, an individual; SETH

25 TUNSTALL, an individual; FREDERICK ALLEN ULREY, an individual; JR., an

26 individual; ERNESTO VALDEZ, an individual; JESSE A. VALDEZ, an individual;

27 RODNEY VALDEZ, an individual; JOSE VALENCIA, an individual; JULIAN M.

28 VALENCIA, an individual; JASON C. VAN DUSEN, an individual; JAMES S.

EXHIBIT "A"

1 | VAN PATTEN, an individual; JERRALD J. VAN WYKE, an individual; II, an
2 | individual; LESTER VANDERKOLK, an individual; SCOTT VANOVER, an
3 | individual; LOUIS VECCHIONE, an individual; LAVINIA S. VEGA, an
4 | individual; RONALD W. VEITH, an individual; DANIEL R. VELDERRAIN, an
5 | individual; KIM VERDERAME, an individual; ROBERTO VILLALVAZO, an
6 | individual; CURTIS D. VINCENT, an individual; JUAN J. VIRAMONTES, an
7 | individual; KEVIN WADE, an individual; DAVID WAGGONER, an individual;
8 | WILLIAM WAGNER, an individual; MICHAEL WALTERS, an individual; JEFF
9 | WAREJKO, an individual; GREGORY WARNER, an individual; YVETTE
10 | WARNER, an individual; VIRGIL T. WASHINGTON, an individual; ALLAN J.
11 | WATERS, an individual; ROBERTA A. WATKINS, an individual; PATRICK B.
12 | WATSON, an individual; SCOTT WATSON, an individual; STEVEN WAYT, an
13 | individual; JULIANA WEBB, an individual; SCOTT C. WEBB, an individual;
14 | RAYMOND A. WERT, an individual; WILLIAM J. WEST, an individual; BRIAN
15 | WHITE, an individual; PAUL J. WHITE, an individual; TORRENCE B. WHITE,
16 | an individual; JAMES C. WICKS, an individual; CRAIG R. WIGGINS, an
17 | individual; MARK D. WILLBANKS, an individual; GERALD E. WILLIAMS, an
18 | individual; RODGER WILLIAMS, an individual; NATHAN L. WILSON, an
19 | individual; ROBERT M. WILSON, an individual; KIRSTEN WINTERSCHEID, an
20 | individual; ROBERT B. WISE, an individual; LAUREL B. WITHERS, an
21 | individual; ROBERT G. WITTEMAN, an individual; JEFFREY SCOTT
22 | WOLVEN, an individual; MICHAEL WOODROOF, an individual; NICHOLAS C.
23 | WRAY, an individual; MARCUS H. YOUNG, an individual; ARMEN
24 | ZARGARIAN, an individual; CHARLES ZEIGLER, an individual.
25 |
26 |
27 |
28 |

EXHIBIT "A"