Greg K. Hafif (SBN 149515)
Miguel G. Caballero (SBN 110333)
Fenja Klaus (SBN 224498)
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone: (909) 624-1671
Facsimile: (909) 625-7772
E-mail: ghafif@haff.com
E-Mail: mcaballero@hafif.com
E-Mail: fklaus@hafif.com

Gregory G. Petersen (Bar No. 77744)
**THE PETERSEN LAW FIRM**
1300 Airway Avenue, Suite 109
Costa Mesa, California 92626
Telephone: (949) 335-1300
Facsimile: (714) 850-0274
E-Mail: gpetersen@petersenlawfirm.com

FILED
2010 JAN 22 PM 3:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFORY W. WEAVER, an individual; ASHRAF ABDELMUTI, an individual; TONY G. ACOSTA, an individual; JASON AGOLIA, an individual; MEINARDO B. AGUILERA, an individual; MARCOS ROMAN ALAMILLO, an individual; JOSEPH L. ALLEMAND, an individual; GREGORY R. ALLEN, an individual; ALONZO ALVAREZ, an individual; ARTURO ALVAREZ, an individual; JOSE J. ALVAREZ, an individual; PABLO ALVAREZ, an individual; JOE ANAYA, an individual; CHRISTOPHER J. ANDERSON, an individual; GRETCHEN ANDERSON, an individual; ANTONIO AQUINO, an individual; JUAN C. ARCINIEGA, an individual; JESUS ARELLANO, an individual; EDOARDO M. ARREDONDO, an individual; VIRGIL ASUNCION, an individual; PHILIP AVALOS, an individual; JR., an individual; JAMES H. AVANT, an individual; JR., an individual; EDWARD AVILA, an individual; RICHARD AVILA, an individual;

Case No. **SACV10-00101 JVS (MLGx)**

**COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND DEMAND FOR JURY TRIAL, BASED ON:**

1. **FAIR LABOR STANDARDS ACT** §7(a) VIOLATIONS [29 U.S.C. §207(a)]

Greg K. Hafif (SBN 149515)
Miguel G. Caballero (SBN 110333)
Fenja Klaus (SBN 224498)
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone: (909) 624-1671
Facsimile: (909) 625-7772
E-mail: ghafif@haff.com
E-Mail: mcaballero@hafif.com
E-Mail: fklaus@hafif.com

Gregory G. Petersen (Bar No. 77744)
**THE PETERSEN LAW FIRM**
1300 Airway Avenue, Suite 109
Costa Mesa, California 92626
Telephone: (949) 335-1300
Facsimile: (714) 850-0274
E-Mail: gpetersen@petersenlawfirm.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFORY W. WEAVER, an individual; ASHRAF ABDELMUTI, an individual; TONY G. ACOSTA, an individual; JASON AGOLIA, an individual; MEINARDO B. AGUILERA, an individual; MARCOS ROMAN ALAMILLO, an individual; JOSEPH L. ALLEMAND, an individual; GREGORY R. ALLEN, an individual; ALONZO ALVAREZ, an individual; ARTURO ALVAREZ, an individual; JOSE J. ALVAREZ, an individual; PABLO ALVAREZ, an individual; JOE ANAYA, an individual; CHRISTOPHER J. ANDERSON, an individual; GRETCHEN ANDERSON, an individual; ANTONIO AQUINO, an individual; JUAN C. ARCINIEGA, an individual; JESUS ARELLANO, an individual; EDOARDO M. ARREDONDO, an individual; VIRGIL ASUNCION, an individual; PHILIP AVALOS, an individual; JR., an individual; JAMES H. AVANT, an individual; JR., an individual; EDWARD AVILA, an individual; RICHARD AVILA, an individual; | Case No.<br><br>**COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND DEMAND FOR JURY TRIAL, BASED ON:**<br><br>1. **FAIR LABOR STANDARDS ACT** §7(a) VIOLATIONS [29 U.S.C. §207(a)] |

RONALD J. BAHRA, an individual; EDWARD W. BAKER, an individual; SCOTT BAKER, an individual; MARK BALTODANO, an individual; BRUCE BARBER, an individual; CARLOS BARCELOS, an individual; JOE BARILLA, an individual; RON P. BARRETT, an individual; TIMOTHY L. BARTLETT, an individual; JOSHUA M. BAUGH, an individual; FERNANDO BECERRA, an individual; CHRISTOPHER J. BEES, an individual; MARTIN BELTRAN, an individual; DAVID BERRY, an individual; CHRIS F. BEULER, an individual; MICHELLE C. BLACK, an individual; STAN F. BLASZAK, an individual; JIMMIE L. BLEVINS, an individual; DANIEL P. BLOOM, an individual; MELONIE J. BLOOM, an individual; MICHAEL V. P. BODNAR, an individual; KEITH M. BOETTNER, an individual; NICK BOGDANOVICH, an individual; RAYMOND BOTTA, an individual; DANIEL J. BOWDISH, an individual; TERRY L. BOWERS, an individual; MARIA BOWMAN, an individual; AARON A. BRADY, an individual; DARREN A. BRAHAM, an individual; AARON BRAKE, an individual; DAVID BRANT, an individual; JASON C. BRANT, an individual; STEVEN K. BREATON, an individual; JANE BRENNAN, an individual; JOSHUA BROADWATER, an individual; STEPHEN J. BROWN, an individual; TIMOTHY D. BROWN, an individual; JOSEPH S. BUCARO, an individual; MARY C. BUECHLER, an individual; JEREMY A. BUFFONG, an individual; JOSEPH A. BULL, an individual; WILLIAM BURK, an individual; AMY BURMOOD, an individual; GARY BYERLEY, an individual; RONALD E. BYERS, an individual; CLINTON BYRD, an individual; JEREMY J. CACIOPPO, an individual; RONALD L. CAGLE, an individual; KC CALDER, an individual; STACY CAMARENA, an individual; JEREMY CAMPBELL, an individual; SCOTT CAMPBELL, an individual; SAUL CARDENAS, an individual; LISA CARLSON, an individual; MICHAEL E. CARLSON, an )

individual; WALTER S. CARMONA, an individual; NICHOLAS L. CAROPINO, an individual; KENT T. CARPENTER, an individual; ROBERT CARPENTER, an individual; TODD A. CARPENTER, an individual; MICHAEL CARRILLO, an individual; BRADLEY S. CARRINGTON, an individual; ANDREW L. CARSON, an individual; JR., an individual; CHARLES CASTANEDA, an individual; ROCKY G. CASTELLANO, an individual; ARTHUR CASTIGLIA, an individual; MARK T. CASTRO, an individual; RICHARD CASTRO, an individual; HECTOR CATALAN, an individual; TIMOTHY M. CATALANO, an individual; CHRISTOPHER C. CEJKA, an individual; SERGIO CERNE, an individual; DANIEL E. CERVANTES, an individual; RICHARD CHAMBERLAIN, an individual; DOUGLAS CHAMPION, an individual; CHRISTINE CHANG, an individual; JASON J. CHAPLUK, an individual; JEFFERY SCOTT CHAPMAN, an individual; KHANTEY CHAR, an individual; PAUL E. CHASE, an individual; DANIEL ROY CHAVEZ, an individual; MARIO E. CHAVEZ, an individual; MARK CHAVIRA, an individual; THOMAS E. CHEVALLIER, an individual; JEANETTE CHRISTENSEN, an individual; LANCE CHRISTENSEN, an individual; JOHN CHUNG, an individual; CAESAR F. CISNEROS, an individual; CHERYL M. CISOWSKI, an individual; DOUGLAS L. CLAYPOOL, an individual; MARK A. CLAYPOOL, an individual; LORI CLEELAND-HERIAN, an individual; DALE R. CLIFTON, an individual; KENNETH J. COBB, an individual; SCOTT COLE, an individual; PAMELA J. COLVER, an individual; REBECCA CONTRERAS, an individual; SHANE CONWAY, an individual; FERNANDO CORTES, an individual; UVALDO C. CORVERA, an individual; DANIEL CORWIN, an individual; ROD L. COUEY, an individual; RICHARD COVINGTON, an individual; ROBERT D. COWIN, an )

individual; TROY CRELLIN, an individual; SUSAN CRIVELLI, an individual; JOE M. CROOM, an individual; MICHAEL CROUCH, an individual; JEFF CROWLEY, an individual; KIRKLAND H. CUMMINGS, an individual; RAY W. CUNNINGHAM, an individual; JASON DANIELS, an individual; WARREN DANIELS, an individual; BRETT DARNELL, an individual; CHAD M. DAVIS, an individual; JAMES W. DAVIS, an individual; ROBERT DAVIS, an individual; RENE DE LA ROSA, an individual; GLENN DE LOS REYES, an individual; LARRY L. DE LOS REYES, an individual; DENNIS M. DEAN, an individual; DANIEL R. DECKER, an individual; MICHAEL DEE, an individual; DAYTON DELCAMBRE, an individual; CYNTHIA T. DELGADILLO, an individual; HECTOR J. DELGADILLO, an individual; JOHN R. DELGADILLO, an individual; KEN R. DEMAURO, an individual; ROBERTO T. DEPADUA, an individual; JOSHUA DIETRICH, an individual; DONALD M. DIXON, an individual; TIM R. DOLAN, an individual; CYNTHIA S. DONNELSON, an individual; DANIEL S. DOUTHITT, an individual; WILLIAM DOW, an individual; HEATHER DRUMMOND, an individual; MICHAEL E. DUDA, an individual; SHAWN DUFFY, an individual; ROBERT DUNHAM, an individual; MANUEL DURAN, an individual; RYAN D. DURHAM, an individual; DOUGLAS PAUL EARL, an individual; JAMES T. EDGERTON, an individual; STEVEN EDMISTEN, an individual; DANIEL J. EDRALIN, an individual; ROBERT J. EDWARDS, an individual; RUSSELL A. EGBERT, an individual; MARK EGGE, an individual; HADI ELALI, an individual; RODNEY ELCOCK, an individual; JAY ELLIOTT, an individual; MICHAEL J. ELLIS, an individual; MARISELA ELMORE, an individual; NATALIE ELZBETH, an individual; BARTON J. EPLEY, an individual; MICHAEL J. EVANS, an individual; )

RICHARD S. EVANS, an individual; DENISE FAIRCHILD, an individual; SEAN FALCONER, an individual; RICHARD R. FASSEL, an individual; TROY FEELY, an individual; RENE FERRER, an individual; JR., an individual; RAMONA FIGUEROA, an individual; DUSTIN FIKE, an individual; GRANT FINLAY, an individual; ROBERT F. FINN, an individual; HOLLY FISHER, an individual; SCOTT A. FITCH, an individual; MICHAEL FLAHERTY, an individual; JEFF FLAMING, an individual; ADRIANA FLETCHER, an individual; ALEXZANDRA FLORES, an individual; ISAAC A. FLORES, an individual; DANIEL A. FLUKE, an individual; RICK FLYNN, an individual; JOHN FOLEY, an individual; LEIGH ANNE A. FOPPIANO, an individual; PATRICK FORD, an individual; CYRIL L. FOSTER, an individual; KENNETH A. FRANCISCO, an individual; RICHARD A. FRANCO, an individual; JEFFREY FRANKLIN, an individual; ROBERT W. FRANZ, an individual; JASON FREDERICK, an individual; GLENN FREEMAN, an individual; PERRY H. FRESE, an individual; RON R. FUGATE, an individual; RYAN FULLERTON, an individual; JOSEPH FUNICELLO, an individual; BARBARA ANN GALICIA, an individual; ARMANDO GARCIA, an individual; BENJAMIN J. GARCIA, an individual; BORIS GARCIA, an individual; MELVIN GARCIA, an individual; SANTOS N. GARCIA, an individual; WILBERT D. GARCIA, an individual; EDWARD GARDEA, an individual; BRETT L. GARDNER, an individual; GINA GARDUNO, an individual; SHERMAN R. GARNETT, an individual; JR., an individual; CATHERINE L. GEARY, an individual; KEVIN GEARY, an individual; DANIEL GEDDES, an individual; MICHAEL A. GENOVESE, an individual; WILLIAM E. GIBSON, an individual; AARON W. GILBERT, an individual; RHETT GILBERT, an individual; RYAN R. GILBERT, an individual; SHERRI GILMAN, an )

individual; CRASH M. GLENN, an individual; LANCE A. GLOGOWSKY, an individual; BRIAN A. GODGES, an individual; ALEJANDRO GODINEZ, an individual; KIRSTEN D. GOINS, an individual; FERNANDO GOMEZ, an individual; FRANK GONZALEZ, an individual; JOEL GONZALEZ, an individual; DENNIS M. GORHAM, an individual; ALBERTO R. GORRIN, an individual; EUGENE B. GOULD, an individual; THOMAS GRAHAM, an individual; RONNIE J. GREENLAND, an individual; PHILIP W. GREIFELT, an individual; MARK GREINER, an individual; WILLIAM GROVER, an individual; ANGEL L. GUERRERO, an individual; HENRY P. GUERRERO, an individual; BRIAN GUNSOLLEY, an individual; CAMILO GUTIERREZ, an individual; TIMOTHY R. GUTIERREZ, an individual; DARIN GUY, an individual; EVAN L. GUYOT, an individual; ROBERT HACK, an individual; LAWRENCE N. HAHN, an individual; JR., an individual; KIM C. HAIGHT, an individual; TIMOTHY T. HAIRE, an individual; MARK HALE, an individual; JASON HALL, an individual; OWEN BARRETT HALL, an individual; GARY P. HAMCHUK, an individual; STEVEN HAMILL, an individual; BERNARD J. HAMILL, an individual; IV, an individual; JEFFREY HAMPTON, an individual; JASON M. HAND, an individual; RYAN S. HANSEN, an individual; KENNETH W. HARER, an individual; TIMOTHY LEIGH HARN, an individual; JR., an individual; JOSHUA HARVEY, an individual; RON HARVEY, an individual; ZANE HATHAWAY, an individual; CHRISTIAN W. HAYS, an individual; DALLAS G. HENNESSEY, an individual; MICHAEL HERCZEG, an individual; JESUS J. HERNANDEZ, an individual; CHRISTOPHER D. HIBBS, an individual; ISAIAH HICKS, an individual; ROGER HILTON, an individual; SCOTT M. HITT, an individual; CHRISTOPHER M. HODEL, an individual; DANIEL L. HOFFMAN, an individual; TRENTON C. HOFFMAN, an individual; DAVID )

HOLGUIN, an individual; TIMOTHY HORNER, an individual; DAVID HOSANNA, an individual; JEFFERY T. HOSKINSON, an individual; JASON HOWELL, an individual; SEAN HOWELL, an individual; MERRY HUDSON, an individual; MICHAEL A. HURST, an individual; EDWARD B. HUTCHINSON, an individual; GENE HYATT, an individual; TODD HYLTON, an individual; JAMES ILFELD, an individual; KYLE ISHII, an individual; JASON ITO, an individual; ERIK IVANCIC, an individual; DANIEL SCOTT JACOBS, an individual; MARGARITO J. JACQUEZ, an individual; MATTHEW BODIN JACQUOT, an individual; ERICA JAMES (TUCKER), an individual; CHARLES DEAN JANSEN, an individual; SCOTT JARVIS, an individual; MAYO JENKINS, an individual; JEFFERY S. JENSEN, an individual; DARREN SCOTT JOHNS, an individual; CHARLES E. JOHNSON, an individual; JAMES S. JOHNSON, an individual; JAMES P. JOHNSON, an individual; LUCI A. JOHNSON, an individual; MICHAEL P. JOHNSON, an individual; VICKI L. JOHNSON, an individual; GARY JONES, an individual; VIRL A. JONES, an individual; STEVEN M. KALMIKOV, an individual; JOSEPH KANTAR, an individual; STEVE KARAGIOSIAN, an individual; JULIA A. KEARNS, an individual; KEVIN KEHOE, an individual; JASON T. KELLER, an individual; MARK D. KELLEY, an individual; KEVIN KELLY, an individual; STEVEN KENNEDY, an individual; WILLIAM P. KENNY, an individual; KURTIS M. KETRING, an individual; MATTHEW C. KIEMLE, an individual; DONALD KILCULLEN, an individual; SIMON THOMAS KIM, an individual; WILLIAM E. KING, an individual; JR., an individual; WALTER KINGCADE, an individual; PATRICK KINNEY, an individual; JENNIFER S. KLINEFELTER, an individual; CONSTANCE M. KNAPP, an individual; KURT KOHLER, an individual; ADAM KOLIHA, an )

individual; SIMON KONG, an individual; BRYAN S. KOPP, an individual; MILAN KOVACEVICH, an individual; FREDRIC J. KRATOCHVIL, an individual; RALPH KRUIS, an individual; MARK KURTZ, an individual; MORLEY KWASCHNEFSKI, an individual; KEVIN LA PYRNE, an individual; MICHAEL D. LABARBERA, an individual; MICHAEL LACEY, an individual; MARK A. LANGE, an individual; CLINTON W. LANGFORD, an individual; ANTHONY LARIOS, an individual; DAVID LARSON, an individual; AL LASCHOBER, an individual; GREGORY LASHLEY, an individual; KEVIN M. LEAHY, an individual; CHRISTOPHER M. LEDBETTER, an individual; ALBERT S. LEE, an individual; CRAIG LEE, an individual; JUNG K. LEE, an individual; TODD L. LEE, an individual; TOM J. LEE, an individual; DOUGLAS LEONARD, an individual; RICHARD LEONARD, an individual; OLLIE GILBERT LERMA, an individual; GARY ROBERT LEWELLYN, an individual; DAVID J. LITTLE, an individual; SERGIO LIZARDI, an individual; MAURO LOERA, an individual; BERNICE LOHRMAN, an individual; CRISSY LOMHOLDT, an individual; RICHARD E. LONG, an individual; WILLIAM J. LONGAN, an individual; CARLOS J. LOPEZ, an individual; EUSTACIO A. LOPEZ, an individual; KEVIN LOVELESS, an individual; GERALD V. LOWE, an individual; DAVID SCOTT LOWENSTEIN, an individual; THOMAS D. LUCAS, an individual; ARTHUR L. LUCERO, an individual; THOMAS E. LUDWICK, an individual; LARRY R. LUHRSEN, an individual; KATHERINA T. LUNA, an individual; LIONEL JOHN LUNA, an individual; RICHARD B. LUNZER, an individual; EDWARD J. LUTZ, an individual; PETER MACH, an individual; ALAN MACIAS, an individual; EDUARDO A. MACIAS, an individual; JENNIFER MACIAS, an individual; JACQUELINE MACPHERSON, an individual; )

DAVID MAIN, an individual; JEFFREY W. MANCHESTER, an individual; JASON MANN, an individual; PETER MARACINE, an individual; STEVEN D. MARBLE, an individual; JORGE MARQUEZ, an individual; KASEY V. MARSHALL, an individual; CARLOS MARTINEZ, an individual; FELIPE MARTINEZ, an individual; HECTOR MARTINEZ, an individual; CORY MARTINO, an individual; JUSTIN MATHIESON, an individual; BARBARA J. MATILLO, an individual; DALE V. MATTSON, an individual; TROY JOSEPH MATTSSON, an individual; THOMAS J. MAXWELL, an individual; COREY MAYER, an individual; DAVID JAMES MAYER, an individual; BRIAN MATTHEW MCBRIDE, an individual; ELIZABETH J. MCCONATHY, an individual; MARK MCCORMICK, an individual; DONALD R. MCCRANER, an individual; MATTHEW J. MCDANIEL, an individual; CHRISTOPHER MCDONALD, an individual; DAVID M. MCFADDEN, an individual; AARON D. MCFATRIDGE, an individual; WILLIAM PATRICK MCKEAGUE, an individual; DANIEL MCNAMEE, an individual; JAY MCNEILLY, an individual; JOSEPH E. MEEHAN, an individual; DANIEL A. MENDOZA, an individual; GLENN MENDOZA, an individual; MARIA G. MENDOZA, an individual; PHILLIP L. MENDOZA, an individual; SCOTT J. MERRILL, an individual; DANIEL MEYERS, an individual; ROBERT W. MILANOWSKI, an individual; GEORGE J. MILLER, an individual; II, an individual; GORDON F. MILLS, an individual; DANIEL P. MISSEL, an individual; GLENN S. MITCHELL, an individual; KEVIN MITCHELL, an individual; LARRY MITCHELL, an individual; EMAD MITRY, an individual; MICHAEL MITTELSTAEDT, an individual; KEITH W. MITTERMEIER, an individual; JAMES MOLDENHAUER, an individual; DON MONTELEONE, an individual; JOSE MONTES, an )

individual; ALEX A. MONTOYA, an individual; SCOTT MONTOYA, an individual; THOMAS E. MOODY, an individual; TABETHA MOORE, an individual; EDWIN MORA, an individual; JOHN MORA, an individual; RODNEY MORIKAWA, an individual; RANDY MORPHEW, an individual; WILLIAM MOTODERA, an individual; MARK D. MRAZ, an individual; SPENCER MUIR, an individual; DANIEL J. MUNOZ, an individual; SEAN P. MURPHY, an individual; CLARA L. MURRAY, an individual; JAY MYERS, an individual; ROBERT W. NARANJO, an individual; JAMES A. NASSER, an individual; PATRICIA A. NEIMAN, an individual; CRAIG G. NELSON, an individual; IVAN J. NELSON, an individual; RICHARD W. NELSON, an individual; HUY T. NGUYEN, an individual; LLOYD P. NGUYEN, an individual; TRUNG NGUYEN, an individual; BENJAMIN NICHOLSON, an individual; JEFFERY A. NOLAN, an individual; TRACEY LYNN NOLAN, an individual; KRAIG NOVAK, an individual; RICHARD OATES, an individual; CHRIS O'BRIEN-KINSEY, an individual; MARC ANTHONY ODOM, an individual; JESSE OLLER, an individual; GUY OLSCHEWSKE, an individual; MICHELLE L. OLSZEWSKI, an individual; ADEWALE OLUKOJU, an individual; PAUL OPHASO, an individual; RAFAEL ORTIZ, an individual; SCOTT C. OSTASH, an individual; JUSTIN OSTERFELD, an individual; RICHARD D. OSTROW, an individual; II, an individual; KELLY C. PAAKKONEN, an individual; MICHAEL J. PADILLA, an individual; SI PAGE, an individual; ZACHARIAS N. PAGE, an individual; ALI PAHLAVAN, an individual; ANTHONY PAPSIS, an individual; SHANNON W. PARKER, an individual; THEODORE B. PARKS, an individual; DEANNA L. PATRICK, an individual; CHARLES EDWARD PATTON, an individual; PAUL JOSEPH PECK, an individual; DAVID J. PENA, an individual; EDWIN )

PENDREY, an individual; SAMMY PERALES, an individual; ANTON PEREYRA, an individual; DAVID B. PEREZ, an individual; PETER PEREZ, an individual; STEVEN P. PEREZ, an individual; GERALD S. PERREIRA, an individual; NATHAN D. PHELPS, an individual; JERRY R. PHILLIPS, JR., an individual; KEVIN A. PIPER, an individual; JASON A. PITTS, an individual; PHILLIP B. POVERO, an individual; DESTONN C. POYTHRESS, an individual; JEREMIAH PRESCOTT, an individual; MATTHEW D. PRINCE, an individual; RON PRIVETT, an individual; PATRICK PRZYBYLA, an individual; DAVID ALLEN PYKE, an individual; ALEX QUILANTAN, an individual; MLADEN RADOJICIC, an individual; ANTONIO RAMIREZ, an individual; MIGUEL RANGEL, an individual; NANCY RANGEL, an individual; RONALD J. *REED*, an individual; RONALD P. REESE, an individual; REBECCA REGER, an individual; THOMAS J. REHAK, an individual; ANDY REYES, an individual; KRISTEN REYES, an individual; RICHARD A. REYES, an individual; RONALD T. REYES, an individual; RONALD H. RHODES, an individual; III, an individual; AARON A. RICHARD, an individual; LYNN J. RIDENOUR, an individual; JR., an individual; ROBERT D. RIVAS, an individual; CHAD ROBINETT, an individual; BRYAN C. ROBINS, an individual; DORIS RODRIGUEZ, an individual; MICHELLE L. RODRIGUEZ, an individual; RICHARD JOHN RODRIGUEZ, an individual; ROBERTO L. RODRIGUEZ, an individual; GEOFFREY W. ROLLINS, an individual; EDWARD M. ROMERO, an individual; HECTOR ROMERO, an individual; PHILLIP ROMERO, an individual; RYAN J. ROOT, an individual; NICHOLAS P. ROSS, an individual; VINCENT ROSS, an individual; PHILLIP L. ROTH, an individual; KIRBY C. ROUCHER, an individual; MICHELLE ROWLAND, an individual; MARIO SALDIVAR, an )

individual; LISA SAMSEL-WEITZE, an individual; PHILLIP SAMUELS, III, an individual; CARLOS A. SANCHEZ, an individual; CHRISTOPHER SANTHON, an individual; DAVID SCARPA, an individual; DONALD SCHMIER, an individual; ERIC ALAN SCHUBERT, an individual; AARON L. SCHULTE, an individual; NICHOLAS A. SCHWAB, an individual; SUZY SEAMON, an individual; CECIL SELLERS, an individual; MELANIE L. SHAW, an individual; MICHAEL C. SHEA, an individual; JOSEPH A. SHEBELL, an individual; JR., an individual; SAME SHEHADEH, an individual; BRIAN SHELTON, an individual; CHARLES F. SHERMAN, an individual; TOMAS SIERRA, an individual; DONNA SIEVERS, an individual; CALVIN S. SILVA, an individual; WILLIAM M. SIMANDL, an individual; BRIAN SIMS, an individual; MICHELLE V. SITTON, an individual; JOSEPH F. SLOUKA, an individual; CHAD SMITH, an individual; JEFFREY M. SMITH, an individual; JEFFREY E. SMITH, an individual; ROBERT L. SMITH, an individual; WILLIAM G. SMITH, an individual; BRIAN G. SNOW, an individual; BRETT W. SNYDER, an individual; JACK S. SONGER, an individual; MIGUEL A. SOTELO, an individual; JON SOYDINC, an individual; MICHAEL SPAIN, an individual; DAVID SPRAGUE, an individual; JOHN P. SPRAGUE, an individual; THOMAS J. SPRATT, an individual; JESSE SPRUILL, an individual; THOMAS M. SRAMEK, an individual; THOMAS R. STAMMER, an individual; KIMBERLY STANSFIELD, an individual; ERIC C. STELL, an individual; CHARLES A. STEPHENS, an individual; TERRY STEPP, an individual; BRYAN V. STEVENS, an individual; SHANE S. STEWART, an individual; MICHAEL W. STOUT, an individual; CHRISTOPHER D. STREED, an individual; JARED STREETER, an individual; THOMAS E. STREETER, an individual; CHARLES H. STUMPH, an individual; II, an individual; DAVID )

SWAIM, an individual; ROBERT K. SWANSON, an individual; ROBERT S. SZEWCZYK, an individual; MARK R. TAUZIN, an individual; DARIN L. TAYLOR, an individual; KEVIN LEE TAYLOR, an individual; TREVOR TAYLOR, an individual; MICHAEL B. THALKEN, an individual; RICHARD D. THEIS, an individual; BRYAN C. THOMAS, an individual; MILTON E. THOMAS, an individual; SHANE THOMAS, an individual; CHRISTOPHER B. THOMPSON, an individual; RUSSELL C. THOMPSON, an individual; SUZANNE M. TINKLER, an individual; ARTHUR TISCARENO, an individual; GEORGE TISCARENO, an individual; TERRY N. TODD, an individual; RANDOLPH M. TORRES, an individual; ROBERT TORREZ, an individual; KENNETH GLEN TRAUTMAN, an individual; BINH TRINH, an individual; DARRYL TRONCOSO, an individual; RICHARD TRUCKS, an individual; JEFFREY J. TUCKER, an individual; SETH TUNSTALL, an individual; FREDERICK ALLEN ULREY, an individual; JR., an individual; ERNESTO VALDEZ, an individual; JESSE A. VALDEZ, an individual; RODNEY VALDEZ, an individual; JOSE VALENCIA, an individual; JULIAN M. VALENCIA, an individual; JASON C. VAN DUSEN, an individual; JAMES S. VAN PATTEN, an individual; JERRALD J. VAN WYKE, an individual; II, an individual; LESTER VANDERKOLK, an individual; SCOTT VANOVER, an individual; LOUIS VECCHIONE, an individual; LAVINIA S. VEGA, an individual; RONALD W. VEITH, an individual; DANIEL R. VELDERRAIN, an individual; KIM VERDERAME, an individual; ROBERTO VILLALVAZO, an individual; CURTIS D. VINCENT, an individual; JUAN J. VIRAMONTES, an individual; KEVIN WADE, an individual; DAVID WAGGONER, an individual; WILLIAM WAGNER, an individual; MICHAEL WALTERS, an individual; JEFF WAREJKO, an individual; GREGORY WARNER, an )

individual; YVETTE WARNER, an individual; VIRGIL T. WASHINGTON, an individual; ALLAN J. WATERS, an individual; ROBERTA A. WATKINS, an individual; PATRICK B. WATSON, an individual; SCOTT WATSON, an individual; STEVEN WAYT, an individual; JULIANA WEBB, an individual; SCOTT C. WEBB, an individual; RAYMOND A. WERT, an individual; WILLIAM J. WEST, an individual; BRIAN WHITE, an individual; PAUL J. WHITE, an individual; TORRENCE B. WHITE, an individual; JAMES C. WICKS, an individual; CRAIG R. WIGGINS, an individual; MARK D. WILLBANKS, an individual; GERALD E. WILLIAMS, an individual; RODGER WILLIAMS, an individual; NATHAN L. WILSON, an individual; ROBERT M. WILSON, an individual; KIRSTEN WINTERSCHEID, an individual; ROBERT B. WISE, an individual; LAUREL B. WITHERS, an individual; ROBERT G. WITTEMAN, an individual; JEFFREY SCOTT WOLVEN, an individual; MICHAEL WOODROOF, an individual; NICHOLAS C. WRAY, an individual; MARCUS H. YOUNG, an individual; ARMEN ZARGARIAN, an individual; CHARLES ZEIGLER,

Plaintiffs,

vs.

COUNTY OF ORANGE; DOES 1 through 100, inclusive,

Defendants.

///

///

///

Plaintiffs allege:

1. Federal question jurisdiction exists under 28 U.S.C. §1331 and 29 U.S.C. §216. Supplemental jurisdiction may be exercised under 28 U.S.C. §1367(a). Venue is proper under 28 U.S.C. §1391(b) because a substantial part of the acts, events or omissions giving rise to the action occurred in the present District.

2. At all times relevant to this Complaint, Plaintiffs Jeffory W. Weaver, Ashraf Abdelmuti, Tony G. Acosta, Jason Agolia, Meinardo B. Aguilera, Marcos Roman Alamillo, Joseph L. Allemand, Gregory R. Allen, Alonzo Alvarez, Arturo Alvarez, Jose J. Alvarez, Pablo Alvarez, Joe Anaya, Christopher J. Anderson, Gretchen Anderson, Antonio Aquino, Juan C. Arciniega, Jesus Arellano, Edoardo M. Arredondo, Virgil Asuncion, Philip Avalos, Jr., James H. Avant, Jr., Edward Avila, Richard Avila, Ronald J. Bahra, Edward W. Baker, Scott Baker, Mark Baltodano, Bruce Barber, Carlos Barcelos, Joe Barilla, Ron P. Barrett, Timothy L. Bartlett, Joshua M. Baugh, Fernando Becerra, Christopher J. Bees, Martin Beltran, David Berry, Chris F. Beuler, Michelle C. Black, Stan F. Blaszak, Jimmie L. Blevins, Daniel P. Bloom, Melonie J. Bloom, Michael V. P. Bodnar, Keith M. Boettner, Nick Bogdanovich, Raymond Botta, Daniel J. Bowdish, Terry L. Bowers, Maria Bowman, Aaron A. Brady, Darren A. Braham, Aaron Brake, David Brant, Jason C. Brant, Steven K. Breaton, Jane Brennan, Joshua Broadwater, Stephen J. Brown, Timothy D. Brown, Joseph S. Bucaro, Mary C. Buechler, Jeremy A. Buffong, Joseph A. Bull, William Burk, Amy Burmood, Gary Byerley, Ronald E. Byers, Clinton Byrd, Jeremy J. Cacioppo, Ronald L. Cagle, KC Calder, Stacy Camarena, Jeremy Campbell, Scott Campbell, Saul Cardenas, Lisa Carlson, Michael E. Carlson, Walter S. Carmona, Nicholas L. Caropino, Kent T. Carpenter, Robert Carpenter, Todd A. Carpenter, Michael Carrillo, Bradley S. Carrington, Andrew L. Carson, Jr., Charles Castaneda, Rocky G. Castellano, Arthur Castiglia, Mark T. Castro, Richard Castro, Hector Catalan, Timothy M. Catalano, Christopher C. Cejka, Sergio Cerne, Daniel E. Cervantes, Richard Chamberlain, Douglas

Champion, Christine Chang, Jason J. Chapluk, Jeffery Scott Chapman, Khantey Char, Paul E. Chase, Daniel Roy Chavez, Mario E. Chavez, Mark Chavira, Thomas E. Chevallier, Jeanette Christensen, Lance Christensen, John Chung, Caesar F. Cisneros, Cheryl M. Cisowski, Douglas L. Claypool, Mark A. Claypool, Lori Cleeland-Herian, Dale R. Clifton, Kenneth J. Cobb, Scott Cole, Pamela J. Colver, Rebecca Contreras, Shane Conway, Fernando Cortes, Uvaldo C. Corvera, Daniel Corwin, Rod L. Couey, Richard Covington, Robert D. Cowin, Troy Crellin, Susan Crivelli, Joe M. Croom, Michael Crouch, Jeff Crowley, Kirkland H. Cummings, Ray W. Cunningham, Jason Daniels, Warren Daniels, Brett Darnell, Chad M. Davis, James W. Davis, Robert Davis, Rene De La Rosa, Glenn De Los Reyes, Larry L. De Los Reyes, Dennis M. Dean, Daniel R. Decker, Michael Dee, Dayton Delcambre, Cynthia T. Delgadillo, Hector J. Delgadillo, John R. Delgadillo, Ken R. Demauro, Roberto T. DePadua, Joshua Dietrich, Donald M. Dixon, Tim R. Dolan, Cynthia S. Donnelson, Daniel S. Douthitt, William Dow, Heather Drummond, Michael E. Duda, Shawn Duffy, Robert Dunham, Manuel Duran, Ryan D. Durham, Douglas Paul Earl, James T. Edgerton, Steven Edmisten, Daniel J. Edralin, Robert J. Edwards, Russell A. Egbert, Mark Egge, Hadi Elali, Rodney Elcock, Jay Elliott, Michael J. Ellis, Marisela Elmore, Natalie Elzbeth, Barton J. Epley, Michael J. Evans, Richard S. Evans, Denise Fairchild, Sean Falconer, Richard R. Fassel, Troy Feely, Rene Ferrer, Jr., Ramona Figueroa, Dustin Fike, Grant Finlay, Robert F. Finn, Holly Fisher, Scott A. Fitch, Michael Flaherty, Jeff Flaming, Adriana Fletcher, Alexzandra Flores, Isaac A. Flores, Daniel A. Fluke, Rick Flynn, John Foley, Leigh Anne A. Foppiano, Patrick Ford, Cyril L. Foster, Kenneth A. Francisco, Richard A. Franco, Jeffrey Franklin, Robert W. Franz, Jason Frederick, Glenn Freeman, Perry H. Frese, Ron R. Fugate, Ryan Fullerton, Joseph Funicello, Barbara Ann Galicia, Armando Garcia, Benjamin J. Garcia, Boris Garcia, Melvin Garcia, Santos N. Garcia, Wilbert D. Garcia, Edward Gardea, Brett L. Gardner, Gina Garduno, Sherman R. Garnett, Jr., Catherine L. Geary, Kevin Geary, Daniel Geddes, Michael

A. Genovese, William E. Gibson, Aaron W. Gilbert, Rhett Gilbert, Ryan R. Gilbert, Sherri Gilman, Crash M. Glenn, Lance A. Glogowsky, Brian A. Godges, Alejandro Godinez, Kirsten D. Goins, Fernando Gomez, Frank Gonzalez, Joel Gonzalez, Dennis M. Gorham, Alberto R. Gorrin, Eugene B. Gould, Thomas Graham, Ronnie J. Greenland, Philip W. Greifelt, Mark Greiner, William Grover, Angel L. Guerrero, Henry P. Guerrero, Brian Gunsolley, Camilo Gutierrez, Timothy R. Gutierrez, Darin Guy, Evan L. Guyot, Robert Hack, Lawrence N. Hahn, Jr., Kim C. Haight, Timothy T. Haire, Mark Hale, Jason Hall, Owen Barrett Hall, Gary P. Hamchuk, Steven Hamill, Bernard J. Hamill, IV, Jeffrey Hampton, Jason M. Hand, Ryan S. Hansen, Kenneth W. Harer, Timothy Leigh Harn, Jr., Joshua Harvey, Ron Harvey, Zane Hathaway, Christian W. Hays, Dallas G. Hennessey, Michael Herczeg, Jesus J. Hernandez, Christopher D. Hibbs, Isaiah Hicks, Roger Hilton, Scott M. Hitt, Christopher M. Hodel, Daniel L. Hoffman, Trenton C. Hoffman, David Holguin, Timothy Horner, David Hosanna, Jeffery T. Hoskinson, Jason Howell, Sean Howell, Merry Hudson, Michael A. Hurst, Edward B. Hutchinson, Gene Hyatt, Todd Hylton, James Ilfeld, Kyle Ishii, Jason Ito, Erik Ivancic, Daniel Scott Jacobs, Margarito J. Jacquez, Matthew Bodin Jacquot, Erica James (Tucker), Charles Dean Jansen, Scott Jarvis, Mayo Jenkins, Jeffery S. Jensen, Darren Scott Johns, Charles E. Johnson, James S. Johnson, James P. Johnson, Luci A. Johnson, Michael P. Johnson, Vicki L. Johnson, Gary Jones, Virl A. Jones, Steven M. Kalmikov, Joseph Kantar, Steve Karagiosian, Julia A. Kearns, Kevin Kehoe, Jason T. Keller, Mark D. Kelley, Kevin Kelly, Steven Kennedy, William P. Kenny, Kurtis M. Ketring, Matthew C. Kiemle, Donald Kilcullen, Simon Thomas Kim, William E. King, Jr., Walter Kingcade, Patrick Kinney, Jennifer S. Klinefelter, Constance M. Knapp, Kurt Kohler, Adam Koliha, Simon Kong, Bryan S. Kopp, Milan Kovacevich, Fredric J. Kratochvil, Ralph Kruis, Mark Kurtz, Morley Kwaschnefski, Kevin La Pyrne, Michael D. LaBarbera, Michael Lacey, Mark A. Lange, Clinton W. Langford, Anthony Larios, David Larson, Al Laschober, Gregory Lashley, Kevin M. Leahy, Christopher M.

Ledbetter, Albert S. Lee, Craig Lee, Jung K. Lee, Todd L. Lee, Tom J. Lee, Douglas Leonard, Richard Leonard, Ollie Gilbert Lerma, Gary Robert Lewellyn, David J. Little, Sergio Lizardi, Mauro Loera, Bernice Lohrman, Crissy Lomholdt, Richard E. Long, William J. Longan, Carlos J. Lopez, Eustacio A. Lopez, Kevin Loveless, Gerald V. Lowe, David Scott Lowenstein, Thomas D. Lucas, Arthur L. Lucero, Thomas E. Ludwick, Larry R. Luhrsen, Katherina T. Luna, Lionel John Luna, Richard B. Lunzer, Edward J. Lutz, Peter Mach, Alan Macias, Eduardo A. Macias, Jennifer Macias, Jacqueline MacPherson, David Main, Jeffrey W. Manchester, Jason Mann, Peter Maracine, Steven D. Marble, Jorge Marquez, Kasey V. Marshall, Carlos Martinez, Felipe Martinez, Hector Martinez, Cory Martino, Justin Mathieson, Barbara J. Matillo, Dale V. Mattson, Troy Joseph Mattsson, Thomas J. Maxwell, Corey Mayer, David James Mayer, Brian Matthew McBride, Elizabeth J. McConathy, Mark McCormick, Donald R. McCraner, Matthew J. McDaniel, Christopher McDonald, David M. McFadden, Aaron D. McFatridge, William Patrick McKeague, Daniel McNamee, Jay McNeilly, Joseph E. Meehan, Daniel A. Mendoza, Glenn Mendoza, Maria G. Mendoza, Phillip L. Mendoza, Scott J. Merrill, Daniel Meyers, Robert W. Milanowski, George J. Miller, II, Gordon F. Mills, Daniel P. Missel, Glenn S. Mitchell, Kevin Mitchell, Larry Mitchell, Emad Mitry, Michael Mittelstaedt, Keith W. Mittermeier, James Moldenhauer, Don Monteleone, Jose Montes, Alex A. Montoya, Scott Montoya, Thomas E. Moody, Tabetha Moore, Edwin Mora, John Mora, Rodney Morikawa, Randy Morphew, William Motodera, Mark D. Mraz, Spencer Muir, Daniel J. Munoz, Sean P. Murphy, Clara L. Murray, Jay Myers, Robert W. Naranjo, James A. Nasser, Patricia A. Neiman, Craig G. Nelson, Ivan J. Nelson, Richard W. Nelson, Huy T. Nguyen, Lloyd P. Nguyen, Trung Nguyen, Benjamin Nicholson, Jeffery A. Nolan, Tracey Lynn Nolan, Kraig Novak, Richard Oates, Chris O'Brien-Kinsey, Marc Anthony Odom, Jesse Oller, Guy Olschewske, Michelle L. Olszewski, Adewale Olukoju, Paul Ophaso, Rafael Ortiz, Scott C. Ostash, Justin Osterfeld, Richard D. Ostrow, II, Kelly C. Paakkonen,

Michael J. Padilla, Si Page, Zacharias N. Page, Ali Pahlavan, Anthony Papsis, Shannon W. Parker, Theodore B. Parks, Deanna L. Patrick, Charles Edward Patton, Paul Joseph Peck, David J. Pena, Edwin Pendrey, Sammy Perales, Anton Pereyra, David B. Perez, Peter Perez, Steven P. Perez, Gerald S. Perreira, Nathan D. Phelps, Jerry R. Phillips, Jr., Kevin A. Piper, Jason A. Pitts, Phillip B. Povero, Destonn C. Poythress, Jeremiah Prescott, Matthew D. Prince, Ron Privett, Patrick Przybyla, David Allen Pyke, Alex Quilantan, Mladen Radojicic, Antonio Ramirez, Miguel Rangel, Nancy Rangel, Ronald J. *Reed*, Ronald P. Reese, Rebecca Reger, Thomas J. Rehak, Andy Reyes, Kristen Reyes, Richard A. Reyes, Ronald T. Reyes, Ronald H. Rhodes, III, Aaron A. Richard, Lynn J. Ridenour, Jr., Robert D. Rivas, Chad Robinett, Bryan C. Robins, Doris Rodriguez, Michelle L. Rodriguez, Richard John Rodriguez, Roberto L. Rodriguez, Geoffrey W. Rollins, Edward M. Romero, Hector Romero, Phillip Romero, Ryan J. Root, Nicholas P. Ross, Vincent Ross, Phillip L. Roth, Kirby C. Roucher, Michelle Rowland, Mario Saldivar, Lisa Samsel-Weitze, Phillip Samuels, III, Carlos A. Sanchez, Christopher Santhon, David Scarpa, Donald Schmier, Eric Alan Schubert, Aaron L. Schulte, Nicholas A. Schwab, Suzy Seamon, Cecil Sellers, Melanie L. Shaw, Michael C. Shea, Joseph A. Shebell, Jr., Same Shehadeh, Brian Shelton, Charles F. Sherman, Tomas Sierra, Donna Sievers, Calvin S. Silva, William M. Simandl, Brian Sims, Michelle V. Sitton, Joseph F. Slouka, Chad Smith, Jeffrey M. Smith, Jeffrey E. Smith, Robert L. Smith, William G. Smith, Brian G. Snow, Brett W. Snyder, Jack S. Songer, Miguel A. Sotelo, Jon Soydinc, Michael Spain, David Sprague, John P. Sprague, Thomas J. Spratt, Jesse Spruill, Thomas M. Sramek, Thomas R. Stammer, Kimberly Stansfield, Eric C. Stell, Charles A. Stephens, Terry Stepp, Bryan V. Stevens, Shane S. Stewart, Michael W. Stout, Christopher D. St*Reed*, Jared Streeter, Thomas E. Streeter, Charles H. Stumph, II, David Swaim, Robert K. Swanson, Robert S. Szewczyk, Mark R. Tauzin, Darin L. Taylor, Kevin Lee Taylor, Trevor Taylor, Michael B. Thalken, Richard D. Theis, Bryan C. Thomas, Milton E. Thomas, Shane Thomas, Christopher

B. Thompson, Russell C. Thompson, Suzanne M. Tinkler, Arthur Tiscareno, George Tiscareno, Terry N. Todd, Randolph M. Torres, Robert Torrez, Kenneth Glen Trautman, Binh Trinh, Darryl Troncoso, Richard Trucks, Jeffrey J. Tucker, Seth Tunstall, Frederick Allen Ulrey, Jr., Ernesto Valdez, Jesse A. Valdez, Rodney Valdez, Jose Valencia, Julian M. Valencia, Jason C. Van Dusen, James S. Van Patten, Jerrald J. Van Wyke, II, Lester Vanderkolk, Scott Vanover, Louis Vecchione, Lavinia S. Vega, Ronald W. Veith, Daniel R. Velderrain, Kim Verderame, Roberto Villalvazo, Curtis D. Vincent, Juan J. Viramontes, Kevin Wade, David Waggoner, William Wagner, Michael Walters, Jeff Warejko, Gregory Warner, Yvette Warner, Virgil T. Washington, Allan J. Waters, Roberta A. Watkins, Patrick B. Watson, Scott Watson, Steven Wayt, Juliana Webb, Scott C. Webb, Raymond A. Wert, William J. West, Brian White, Paul J. White, Torrence B. White, James C. Wicks, Craig R. Wiggins, Mark D. Willbanks, Gerald E. Williams, Rodger Williams, Nathan L. Wilson, Robert M. Wilson, Kirsten Winterscheid, Robert B. Wise, Laurel B. Withers, Robert G. Witteman, Jeffrey Scott Wolven, Michael Woodroof, Nicholas C. Wray, Marcus H. Young, Armen Zargarian, and Charles Zeigler ("Plaintiffs") have been employed by Defendant County of Orange as sworn peace officers.

3. Plaintiff Jeffory W. Weaver filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about March 23, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeffory W. Weaver hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

4. Plaintiff Ashraf Abdelmuti filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on

or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ashraf Abdelmuti hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

5. Plaintiff Tony G. Acosta filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Tony G. Acosta hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

6. Plaintiff Jason Agolia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 20, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason Agolia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

7. Plaintiff Meinardo B. Aguilera filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Meinardo B. Aguilera hereby

brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

8. Plaintiff Marcos Roman Alamillo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Marcos Roman Alamillo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

9. Plaintiff Joseph L. Allemand filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joseph L. Allemand hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

10. Plaintiff Gregory R. Allen filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 5, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Gregory R. Allen hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

11. Plaintiff Alonzo Alvarez filed his Consent to Join in the matter of *Reed*

*v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 15, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Alonzo Alvarez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

12. Plaintiff Arturo Alvarez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Arturo Alvarez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

13. Plaintiff Jose J. Alvarez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jose J. Alvarez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

14. Plaintiff Pablo Alvarez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about January 31, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work

taken home. In accordance with the §7 of the FLSA Pablo Alvarez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

15. Plaintiff Joe Anaya filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 25, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joe Anaya hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

16. Plaintiff Christopher J. Anderson filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 29, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Christopher J. Anderson hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

17. Plaintiff Gretchen Anderson filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 1, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Gretchen Anderson hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

18. Plaintiff Antonio Aquino filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Antonio Aquino hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

19. Plaintiff Juan C. Arciniega filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Juan C. Arciniega hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

20. Plaintiff Jesus Arellano filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jesus Arellano hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

21. Plaintiff Edoardo M. Arredondo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Edoardo M. Arredondo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

22. Plaintiff Virgil Asuncion filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 25, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Virgil Asuncion hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

23. Plaintiff Philip Avalos, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Philip Avalos, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

24. Plaintiff James H. Avant, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA James H. Avant, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

25. Plaintiff Edward Avila filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Edward Avila hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

26. Plaintiff Richard Avila filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard Avila hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

27. Plaintiff Ronald J. Bahra filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ronald J. Bahra hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

28. Plaintiff Edward W. Baker filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Edward W. Baker hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

29. Plaintiff Scott Baker filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Scott Baker hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

30. Plaintiff Mark Baltodano filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark Baltodano hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

31. Plaintiff Bruce Barber filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 4, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Bruce Barber hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

32. Plaintiff Carlos Barcelos filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Carlos Barcelos hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

33. Plaintiff Joe Barilla filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joe Barilla hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

34. Plaintiff Ron P. Barrett filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ron P. Barrett hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

35. Plaintiff Timothy L. Bartlett filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 5, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy L. Bartlett hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

36. Plaintiff Joshua M. Baugh filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joshua M. Baugh hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

37. Plaintiff Fernando Becerra filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 29, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Fernando Becerra hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

38. Plaintiff Christopher J. Bees filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 15, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Christopher J. Bees hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

39. Plaintiff Martin Beltran filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Martin Beltran hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

40. Plaintiff David Berry filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA David Berry hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

41. Plaintiff Chris F. Beuler filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Chris F. Beuler hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

42. Plaintiff Michelle C. Black filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michelle C. Black hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

43. Plaintiff Stan F. Blaszak filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Stan F. Blaszak hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

44. Plaintiff Jimmie L. Blevins filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jimmie L. Blevins hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

45. Plaintiff Daniel P. Bloom filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel P. Bloom hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

46. Plaintiff Melonie J. Bloom filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Melonie J. Bloom hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

47. Plaintiff Michael V. P. Bodnar filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael V. P. Bodnar hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

48. Plaintiff Keith M. Boettner filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Keith M. Boettner hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

49. Plaintiff Nick Bogdanovich filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Nick Bogdanovich hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

50. Plaintiff Raymond Botta filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Raymond Botta hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

51. Plaintiff Daniel J. Bowdish filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel J. Bowdish hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

52. Plaintiff Terry L. Bowers filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 22, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Terry L. Bowers hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

53. Plaintiff Maria Bowman filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Maria Bowman hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

54. Plaintiff Aaron A. Brady filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Aaron A. Brady hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

55. Plaintiff Darren A. Braham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 8, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Darren A. Braham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

56. Plaintiff Aaron Brake filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Aaron Brake hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

57. Plaintiff David Brant filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 18, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA David Brant hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

58. Plaintiff Jason C. Brant filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason C. Brant hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

59. Plaintiff Steven K. Breaton filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Steven K. Breaton hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

60. Plaintiff Jane Brennan filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jane Brennan hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

61. Plaintiff Joshua Broadwater filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about 0July 20, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joshua Broadwater hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

62. Plaintiff Stephen J. Brown filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Stephen J. Brown hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

63. Plaintiff Timothy D. Brown filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy D. Brown hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

64. Plaintiff Joseph S. Bucaro filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joseph S. Bucaro hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

65. Plaintiff Mary C. Buechler filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mary C. Buechler hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

66. Plaintiff Jeremy A. Buffong filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeremy A. Buffong hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

67. Plaintiff Joseph A. Bull filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joseph A. Bull hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

68. Plaintiff William Burk filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA William Burk hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

69. Plaintiff Amy Burmood filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Amy Burmood hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

70. Plaintiff Gary Byerley filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Gary Byerley hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

71. Plaintiff Ronald E. Byers filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ronald E. Byers hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

72. Plaintiff Clinton Byrd filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Clinton Byrd hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

73. Plaintiff Jeremy J. Cacioppo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about January 31, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeremy J. Cacioppo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

74. Plaintiff Ronald L. Cagle filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ronald L. Cagle hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

75. Plaintiff KC Calder filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA KC Calder hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

76. Plaintiff Stacy Camarena filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Stacy Camarena hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

77. Plaintiff Jeremy Campbell filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeremy Campbell hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

78. Plaintiff Scott Campbell filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 27, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Scott Campbell hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

79. Plaintiff Saul Cardenas filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Saul Cardenas hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

80. Plaintiff Lisa Carlson filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 20, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Lisa Carlson hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

81. Plaintiff Michael E. Carlson filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael E. Carlson hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

82. Plaintiff Walter S. Carmona filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Walter S. Carmona hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

83. Plaintiff Nicholas L. Caropino filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Nicholas L. Caropino hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

84. Plaintiff Kent T. Carpenter filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kent T. Carpenter hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

85. Plaintiff Robert Carpenter filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert Carpenter hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

86. Plaintiff Todd A. Carpenter filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Todd A. Carpenter hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

87. Plaintiff Michael Carrillo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael Carrillo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

88. Plaintiff Bradley S. Carrington filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 5, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Bradley S. Carrington hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

89. Plaintiff Andrew L. Carson, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Andrew L. Carson, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

90. Plaintiff Charles Castaneda filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Charles Castaneda hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

91. Plaintiff Rocky G. Castellano filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rocky G. Castellano hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

92. Plaintiff Arthur Castiglia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Arthur Castiglia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

93. Plaintiff Mark T. Castro filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark T. Castro hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

94. Plaintiff Richard Castro filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 4, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard Castro hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

95. Plaintiff Hector Catalan filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Hector Catalan hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

96. Plaintiff Timothy M. Catalano filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy M. Catalano hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

97. Plaintiff Christopher C. Cejka filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Christopher C. Cejka hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

98. Plaintiff Sergio Cerne filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Sergio Cerne hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

99. Plaintiff Daniel E. Cervantes filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel E. Cervantes hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

100. Plaintiff Richard Chamberlain filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard Chamberlain hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

101. Plaintiff Douglas Champion filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Douglas Champion hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

102. Plaintiff Christine Chang filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Christine Chang hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

103. Plaintiff Jason J. Chapluk filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason J. Chapluk hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

104. Plaintiff Jeffery Scott Chapman filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 10, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeffery Scott Chapman hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

105. Plaintiff Khantey Char filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Khantey Char hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

106. Plaintiff Paul E. Chase filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 22, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Paul E. Chase hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

107. Plaintiff Daniel Roy Chavez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007 & October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel Roy Chavez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

108. Plaintiff Mario E. Chavez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mario E. Chavez hereby brings this action thereby preserving the original statute of limitations date which was

invoked when he filed his Consent to Join in the *Reed* matter.

109. Plaintiff Mark Chavira filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark Chavira hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

110. Plaintiff Thomas E. Chevallier filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Thomas E. Chevallier hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

111. Plaintiff Jeanette Christensen filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeanette Christensen hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

112. Plaintiff Lance Christensen filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney

decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Lance Christensen hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

113. Plaintiff John Chung filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA John Chung hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

114. Plaintiff Caesar F. Cisneros filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Caesar F. Cisneros hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

115. Plaintiff Cheryl M. Cisowski filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Cheryl M. Cisowski hereby brings this action thereby preserving the original statute of limitations date which

was invoked when she filed her Consent to Join in the *Reed* matter.

116. Plaintiff Douglas L. Claypool filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Douglas L. Claypool hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

117. Plaintiff Mark A. Claypool filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark A. Claypool hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

118. Plaintiff Lori Cleeland-Herian filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Lori Cleeland-Herian hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

119. Plaintiff Dale R. Clifton filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney

decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dale R. Clifton hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

120. Plaintiff Kenneth J. Cobb filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 8, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kenneth J. Cobb hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

121. Plaintiff Scott Cole filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Scott Cole hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

122. Plaintiff Pamela J. Colver filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Pamela J. Colver hereby brings this action thereby preserving the original statute of limitations date which was

invoked when she filed her Consent to Join in the *Reed* matter.

123. Plaintiff Rebecca Contreras filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rebecca Contreras hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

124. Plaintiff Shane Conway filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Shane Conway hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

125. Plaintiff Fernando Cortes filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Fernando Cortes hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

126. Plaintiff Uvaldo C. Corvera filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 22, 2008. On or about January 8, 2010, Judge Cormac J. Carney

decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Uvaldo C. Corvera hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

127. Plaintiff Daniel Corwin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel Corwin hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

128. Plaintiff Rod L. Couey filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rod L. Couey hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

129. Plaintiff Richard Covington filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard Covington hereby brings this action thereby preserving the original statute of limitations date which

was invoked when he filed his Consent to Join in the *Reed* matter.

130. Plaintiff Robert D. Cowin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert D. Cowin hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

131. Plaintiff Troy Crellin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 26, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Troy Crellin hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

132. Plaintiff Susan Crivelli filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Susan Crivelli hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

133. Plaintiff Joe M. Croom filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney

decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joe M. Croom hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

134. Plaintiff Michael Crouch filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael Crouch hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

135. Plaintiff Jeff Crowley filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeff Crowley hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

136. Plaintiff Kirkland H. Cummings filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kirkland H. Cummings hereby brings this action thereby preserving the original statute of

limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

137. Plaintiff Ray W. Cunningham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ray W. Cunningham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

138. Plaintiff Jason Daniels filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason Daniels hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

139. Plaintiff Warren Daniels filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Warren Daniels hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

140. Plaintiff Brett Darnell filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or

about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Brett Darnell hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

141. Plaintiff Chad M. Davis filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Chad M. Davis hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

142. Plaintiff James W. Davis filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA James W. Davis hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

143. Plaintiff Robert Davis filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 25, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert Davis hereby brings this

action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

144. Plaintiff Rene De La Rosa filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rene De La Rosa hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

145. Plaintiff Glenn De Los Reyes filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Glenn De Los Reyes hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

146. Plaintiff Larry L. De Los Reyes filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Larry L. De Los Reyes hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

147. Plaintiff Dennis M. Dean filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or

about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dennis M. Dean hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

148. Plaintiff Daniel R. Decker filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel R. Decker hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

149. Plaintiff Michael Dee filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael Dee hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

150. Plaintiff Dayton Delcambre filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about 0July 20, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dayton Delcambre hereby

brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

151. Plaintiff Cynthia T. Delgadillo filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 16, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Cynthia T. Delgadillo hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

152. Plaintiff Hector J. Delgadillo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Hector J. Delgadillo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

153. Plaintiff John R. Delgadillo filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA John R. Delgadillo hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

154. Plaintiff Ken R. Demauro filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on

or about June 4, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ken R. Demauro hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

155. Plaintiff Roberto T. DePadua filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 8, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Roberto T. DePadua hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

156. Plaintiff Joshua Dietrich filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joshua Dietrich hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

157. Plaintiff Donald M. Dixon filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 4, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Donald M. Dixon hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

158. Plaintiff Tim R. Dolan filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 16, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Tim R. Dolan hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

159. Plaintiff Cynthia S. Donnelson filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Cynthia S. Donnelson hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

160. Plaintiff Daniel S. Douthitt filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel S. Douthitt hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

161. Plaintiff William Dow filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or

about May 17, 2007; October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA William Dow hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

162. Plaintiff Heather Drummond filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Heather Drummond hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

163. Plaintiff Michael E. Duda filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael E. Duda hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

164. Plaintiff Shawn Duffy filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about December 11, 2007; November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Shawn

Duffy hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

165. Plaintiff Robert Dunham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert Dunham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

166. Plaintiff Manuel Duran filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Manuel Duran hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

167. Plaintiff Ryan D. Durham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 11, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ryan D. Durham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

168. Plaintiff Douglas Paul Earl filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on

or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Douglas Paul Earl hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

169. Plaintiff James T. Edgerton filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA James T. Edgerton hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

170. Plaintiff Steven Edmisten filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Steven Edmisten hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

171. Plaintiff Daniel J. Edralin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel J. Edralin hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

172. Plaintiff Robert J. Edwards filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert J. Edwards hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

173. Plaintiff Russell A. Egbert filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Russell A. Egbert hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

174. Plaintiff Mark Egge filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark Egge hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

175. Plaintiff Hadi Elali filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or

about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Hadi Elali hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

176. Plaintiff Rodney Elcock filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rodney Elcock hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

177. Plaintiff Jay Elliott filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about December 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jay Elliott hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

178. Plaintiff Michael J. Ellis filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael J. Ellis hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

179. Plaintiff Marisela Elmore filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Marisela Elmore hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

180. Plaintiff Natalie Elzbeth filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Natalie Elzbeth hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

181. Plaintiff Barton J. Epley filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Barton J. Epley hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

182. Plaintiff Michael J. Evans filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on

or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael J. Evans hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

183. Plaintiff Richard S. Evans filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard S. Evans hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

184. Plaintiff Denise Fairchild filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Denise Fairchild hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

185. Plaintiff Sean Falconer filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Sean Falconer hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

186. Plaintiff Richard R. Fassel filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard R. Fassel hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

187. Plaintiff Troy Feely filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Troy Feely hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

188. Plaintiff Rene Ferrer, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rene Ferrer, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

189. Plaintiff Ramona Figueroa filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on

or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ramona Figueroa hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

190. Plaintiff Dustin Fike filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dustin Fike hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

191. Plaintiff Grant Finlay filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 29, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Grant Finlay hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

192. Plaintiff Robert F. Finn filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert F. Finn hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

193. Plaintiff Holly Fisher filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Holly Fisher hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

194. Plaintiff Scott A. Fitch filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Scott A. Fitch hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

195. Plaintiff Michael Flaherty filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael Flaherty hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

196. Plaintiff Jeff Flaming filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or

about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeff Flaming hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

197. Plaintiff Adriana Fletcher filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Adriana Fletcher hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

198. Plaintiff Alexzandra Flores filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 2, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Alexzandra Flores hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

199. Plaintiff Isaac A. Flores filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Isaac A. Flores hereby brings

this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

200. Plaintiff Daniel A. Fluke filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel A. Fluke hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

201. Plaintiff Rick Flynn filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rick Flynn hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

202. Plaintiff John Foley filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 20, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA John Foley hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

203. Plaintiff Leigh Anne A. Foppiano filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx)

("*Reed*") on or about September 9, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Leigh Anne A. Foppiano hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

204. Plaintiff Patrick Ford filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 10, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Patrick Ford hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

205. Plaintiff Cyril L. Foster filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 22, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Cyril L. Foster hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

206. Plaintiff Kenneth A. Francisco filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 10, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work

taken home. In accordance with the §7 of the FLSA Kenneth A. Francisco hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

207. Plaintiff Richard A. Franco filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Richard A. Franco hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

208. Plaintiff Jeffrey Franklin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeffrey Franklin hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

209. Plaintiff Robert W. Franz filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert W. Franz hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

210. Plaintiff Jason Frederick filed his Consent to Join in the matter of *Reed*

*v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason Frederick hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

211. Plaintiff Glenn Freeman filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Glenn Freeman hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

212. Plaintiff Perry H. Frese filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Perry H. Frese hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

213. Plaintiff Ron R. Fugate filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 15, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work

taken home. In accordance with the §7 of the FLSA Ron R. Fugate hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

214. Plaintiff Ryan Fullerton filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about August 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ryan Fullerton hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

215. Plaintiff Joseph Funicello filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 12, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joseph Funicello hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

216. Plaintiff Barbara Ann Galicia filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 10, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Barbara Ann Galicia hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

217. Plaintiff Armando Garcia filed his Consent to Join in the matter of

*Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Armando Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

218. Plaintiff Benjamin J. Garcia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about December 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Benjamin J. Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

219. Plaintiff Boris Garcia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Boris Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

220. Plaintiff Melvin Garcia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 15, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work

taken home. In accordance with the §7 of the FLSA Melvin Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

221. Plaintiff Santos N. Garcia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Santos N. Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

222. Plaintiff Wilbert D. Garcia filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Wilbert D. Garcia hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

223. Plaintiff Edward Gardea filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Edward Gardea hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

224. Plaintiff Brett L. Gardner filed his Consent to Join in the matter of *Reed*

*v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 30, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Brett L. Gardner hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

225. Plaintiff Gina Garduno filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Gina Garduno hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

226. Plaintiff Sherman R. Garnett, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 20, 2007; October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Sherman R. Garnett, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

227. Plaintiff Catherine L. Geary filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 22, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Catherine L. Geary hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

228. Plaintiff Kevin Geary filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kevin Geary hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

229. Plaintiff Daniel Geddes filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 25, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Daniel Geddes hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

230. Plaintiff Michael A. Genovese filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael A. Genovese hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

231. Plaintiff William E. Gibson filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about July 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA William E. Gibson hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

232. Plaintiff Aaron W. Gilbert filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Aaron W. Gilbert hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

233. Plaintiff Rhett Gilbert filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 25, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Rhett Gilbert hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

234. Plaintiff Ryan R. Gilbert filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ryan R. Gilbert hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

235. Plaintiff Sherri Gilman filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 29, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Sherri Gilman hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

236. Plaintiff Crash M. Glenn filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 4, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Crash M. Glenn hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

237. Plaintiff Lance A. Glogowsky filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about December 11, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Lance A. Glogowsky hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

238. Plaintiff Brian A. Godges filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Brian A. Godges hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

239. Plaintiff Alejandro Godinez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Alejandro Godinez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

240. Plaintiff Kirsten D. Goins filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kirsten D. Goins hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

241. Plaintiff Fernando Gomez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Fernando Gomez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

242. Plaintiff Frank Gonzalez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 17, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Frank Gonzalez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

243. Plaintiff Joel Gonzalez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 15, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joel Gonzalez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

244. Plaintiff Dennis M. Gorham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dennis M. Gorham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

245. Plaintiff Alberto R. Gorrin filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Alberto R. Gorrin hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

246. Plaintiff Eugene B. Gould filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Eugene B. Gould hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

247. Plaintiff Thomas Graham filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Thomas Graham hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

248. Plaintiff Ronnie J. Greenland filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 20, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ronnie J. Greenland hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

249. Plaintiff Philip W. Greifelt filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Philip W. Greifelt hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

250. Plaintiff Mark Greiner filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark Greiner hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

251. Plaintiff William Grover filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA William Grover hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

252. Plaintiff Angel L. Guerrero filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Angel L. Guerrero hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

253. Plaintiff Henry P. Guerrero filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Henry P. Guerrero hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

254. Plaintiff Brian Gunsolley filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about January 31, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Brian Gunsolley hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

255. Plaintiff Camilo Gutierrez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 7, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Camilo Gutierrez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

256. Plaintiff Timothy R. Gutierrez filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy R. Gutierrez hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

257. Plaintiff Darin Guy filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Darin Guy hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

258. Plaintiff Evan L. Guyot filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Evan L. Guyot hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

259. Plaintiff Robert Hack filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Robert Hack hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

260. Plaintiff Lawrence N. Hahn, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Lawrence N. Hahn, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

261. Plaintiff Kim C. Haight filed her Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kim C. Haight hereby brings this action thereby preserving the original statute of limitations date which was invoked when she filed her Consent to Join in the *Reed* matter.

262. Plaintiff Timothy T. Haire filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about May 17, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy T. Haire hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

263. Plaintiff Mark Hale filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Mark Hale hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

264. Plaintiff Jason Hall filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason Hall hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

265. Plaintiff Owen Barrett Hall filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 3, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Owen Barrett Hall hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

266. Plaintiff Gary P. Hamchuk filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 20, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Gary P. Hamchuk hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

267. Plaintiff Steven Hamill filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Steven Hamill hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

268. Plaintiff Bernard J. Hamill, IV filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 9, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Bernard J. Hamill, IV hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

269. Plaintiff Jeffrey Hampton filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 13, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jeffrey Hampton hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

270. Plaintiff Jason M. Hand filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 6, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Jason M. Hand hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

271. Plaintiff Ryan S. Hansen filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about September 30, 2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ryan S. Hansen hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

272. Plaintiff Kenneth W. Harer filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Kenneth W. Harer hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

273. Plaintiff Timothy Leigh Harn, Jr. filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Timothy Leigh Harn, Jr. hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

274. Plaintiff Joshua Harvey filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about November 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Joshua Harvey hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

275. Plaintiff Ron Harvey filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Ron Harvey hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

276. Plaintiff Zane Hathaway filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 24, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff

from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Zane Hathaway hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

277. Plaintiff Christian W. Hays filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about October 30, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Christian W. Hays hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

278. Plaintiff Dallas G. Hennessey filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about 9/17/2008. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Dallas G. Hennessey hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.

279. Plaintiff Michael Herczeg filed his Consent to Join in the matter of *Reed v. County of Orange*, USCD Case No. SACV 05-1103 CJC (ANx) ("*Reed*") on or about June 8, 2007. On or about January 8, 2010, Judge Cormac J. Carney decertified the *Reed* matter as a collective action and dismissed each opt-in plaintiff from the action as to the claims of pre-shift, post-shift, missed meal break and work taken home. In accordance with the §7 of the FLSA Michael Herczeg hereby brings this action thereby preserving the original statute of limitations date which was invoked when he filed his Consent to Join in the *Reed* matter.