Greg K. Hafif (SBN 149515)
E-mail: ghafif@hafif.com
Fenja Klaus (SBN 224498)
E-Mail: fenjaklaus@aol.com
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone:  (909) 624-1671
Facsimile:  (909) 625-7772

Attorneys for Plaintiff
JEFFORY WEAVER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JEFFORY W. WEAVER, an individual; )<br><br>    Plaintiffs, )<br><br>vs. )<br><br>COUNTY OF ORANGE; DOES 1 )<br>through 10, inclusive, )<br><br>    Defendants. )<br>_____ ) | Case No. SACV 10-00101  CJC (ANx)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE TRIAL<br>READINESS CONFERENCE,<br>TRIAL DATE, AND ALL<br>RELEVANT DATES**<br><br>Current Date: October 1, 2013<br>Time: 9:00 a.m.<br>Dept: 9B<br><br>Proposed Date:  April 29, 2014<br>Time: 9:00 a.m.<br>Dept.: 9B |

## RECITALS

WHEREAS, this action for damages and other relief based upon Fair Labor Standards Act (29 U.S.C. §207(a)) brought by plaintiff Jeffory Weaver is initially set for trial on October 1, 2013.

WHEREAS, the parties to the instant action continue to participate in the discovery process due, including the depositions of the parties, as well as numerous

- 1 -

1  percipient witnesses and persons most knowledgeable of the Orange County

2  Sheriff's Department of which Defendant has yet to identify;

3        WHEREAS, there has been no prior continuance of the trial date;

4        WHEREAS, the parties have estimated a 5-7 day jury trial;

5        WHEREAS, the mediation and trial calendar of plaintiff's attorney's contains

6  several trials before and immediately after the present trial, which will either

7  conflict with the trial date in this matter or make it extremely difficult to prepare for

8  the trial, as follows:

9        a.    July 8, 2013 (*Rich Cattalini v. Henry Quon*, San Bernadino

10  Superior Court, Case No. CIVRS 1106156).

11        b.    October 1, 2013 (*Jeffory Weaver v. County of Orange*, United

12  States District Court-Central District of California, Southern Division, Case No.

13  SACV10-00101 CJC (ANx))

14        c.    October 1, 2013 (*Guy Olschewske v. County of Orange*, United

15  States District Court-Central District of California, Southern Division, Case No.

16  SACV 10-921 CJC (ANx))

17        d.    October 21, 2013 (*Linda Wellman v. Dale Allen Fossler*, San

18  Bernardino Superior Court, Case No. CIVDS 1005054);

19        e.    October 25, 2013 (*Melissa Martin, et al. v. Balboa Thrift &*

20  *Loan*, San Diego Superior Court, Case No.  37-2012-00077569-CU-BT-SC);

21        f.    November 5, 2013 (*Ryan Sparks v. Isabel Balseiro, et al.*, Los

22  Angeles Superior Court, East District, Case No. KC 063484);

23        g.    November 18, 2013 (*Daniel Hartman v. Robert Emmett Luedeke*,

24  Los Angeles Superior Court – East District, Case No. KC064945 H);

25        h.    December 16, 2013 (*Stephanie Moore, et al. v. Marina De Rey*

26  *Hospital, et al.* Los Angeles Superior Court – West District, Case No. SC118077);

27        i.    January 13, 2013 (*Karla Angulo, et al. v. Mendoza, et al.*, Los

28  Angeles Superior Court – Southwest District, Case No. YC 065 201);

1          j.          January 21, 2014 (*Cherice De la Torre v. Basic International,*

2   *Inc.*, San Bernardino Superior Court, Case No. CIVRS 1012504);

3          k.          January 21, 2013 (*Diana Forte v. American Baby Products, et*

4   *al.*, Los Angeles Superior Court – East District, Case No. KC 064841);

5          l.          February 3, 2014 (*Hanna Kubo v. San Antonio Community*

6   *Hospital, et al.*, San Bernardino Superior Court – Rancho Cucamonga, Case No.

7   CIVRS 1101955);

8          m.          March 24, 2014 (*Balboa Thrift And Loan Association v. George*

9   *Reynoso, et al.*, San Bernardino Superior Court – Rancho Cucamonga, Case No.

10   CIVRS 1301456).

11          WHEREAS, counsel for the Defendant, County of Orange has trials,

12   arbitrations and mediations scheduled through the end of March 2014, such that a

13   new trial would have to be scheduled after March 2014.

14          WHEREAS, the parties to this stipulation agree that the discovery cut-off date

15   should be continued for the purposes of responding to all written discovery (e.g.

16   interrogatories, requests for production of documents and reques for admissions)

17   that has already been served, and to take the depositions of the parties and any non-

18   party witnesses regardless of whether the depositions have already been noticed.

19   Furthermore, the parties to this stipulation agree that upon good cause showing, the

20   parties may serve additional written discovery;

21          WHEREAS, the parties to this stipulation agree that all trial-related deadlines

22   be continued to correspond with the new trial date to be set by the court;

23          WHEREAS, the parties to this stipulation are requesting a trial continuance in

24   good faith, and that no party will be prejudiced by the trial being continued to April

25   29, 2013.

26   / / /

27   / / /

28   / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff Jeffory Weaver, and Defendant County of Orange, through their respective counsel of record, that:

1. The following dates be continued:

   a. The Non-Expert Discovery Cut-Off date be continued from June 30, 2013 to January 27, 2014;

   b. The last day to file Motions to be continued from July 31, 2013 to February 26, 2014;

   c. The last day for Settlement Conference be continued from July 31, 2013 to February 26, 2014;

   d. The Final Pretrial Conference be continued from September 16, 2013 at 3:00 p.m. to April 7, 2014 at 3:00 p.m.;

   e. The Trial be continued from October 1, 2013 at 9:00 a.m. to April 29, 2014 at 9:00 a.m.

   f. That all trial-related deadlines be continued to correspond with the new trial date to be set by the Court.

2. That the discovery cut off is continued for the purposes of responding to all written discovery (e.g. interrogatories, requests for production of documents and request for admissions) that has already been served, and to take the depositions of the parties and any non-party witnesses regardless of whether the depositions have already been noticed; and that the parties, upon good cause showing, may serve additional written discovery;

3. That the *Weaver* and *Olschewske* cases will be tentatively tried together. However, the Parties reserve the right to move the Court to have the cases severed and tried separately.

/ / /

/ / /

4.     The *Weaver* and *Olschewske* cases shall be tried in two phases.  The first phase shall be a jury trial to determine if Plaintiffs worked uncompensated overtime for Defendant.  In the event the jury finds that Plaintiffs worked uncompensated overtime, the second phase shall be a bench trial to calculate any overtime owed to Plaintiffs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June ___, 2013                    LIEBERT CASSIDY WHITMORE


By: /s/ Brian Walter
    Brian P. Walter
    Geoffrey S. Sheldon
    Elizabeth Arce
    Attorneys for Defendant
    COUNTY OF ORANGE

Dated: June ___, 2013                    LAW OFFICES OF HERBERT HAFIF


By: /s/ Greg K. Hafif
    Greg K. Hafif
    Attorneys for Plaintiff
    JEFFORY WEAVER

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL