| | |
|---|---|
| 1 | Greg K. Hafif (SBN 149515) |
|   | E-mail: ghafif@hafif.com |
| 2 | Fenja Klaus (SBN 224498) |
|   | E-Mail: fenjaklaus@aol.com |
| 3 | **LAW OFFICES OF HERBERT HAFIF, APC** |
|   | 269 W. Bonita Avenue |
| 4 | Claremont, California 91711-4784 |
|   | Telephone:  (909) 624-1671 |
| 5 | Facsimile:  (909) 625-7772 |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Plaintiff
JEFFORY WEAVER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFORY W. WEAVER, an individual; | Case No. SACV 10-00101  CJC (ANx) |
| Plaintiffs, | **ORDER GRANTING PARTIES REQUEST TO CONTINUE TRIAL READINESS CONFERENCE, TRIAL DATE, AND ALL RELEVANT DATES** |
| vs. | |
| COUNTY OF ORANGE; DOES 1 through 10, inclusive, | |
| Defendants. | Current Date: October 1, 2013 |
|  | Time:  9:00 a.m. |
|  | Dept:  9B |
|  | Proposed Date:  April 29, 2014 |
|  | Time:  9:00 a.m. |
|  | Dept.: 9B |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

ORDER TO CONTINUE TRIAL, AND ALL RELEVANT DATES

Upon review of the executed stipulation of the parties in the instant action and there being GOOD CAUSE, the Court therefore orders as follows:

1. The following dates are continued as follows:
    a. The Non-Expert Discovery Cut-Off date be continued from June 30, 2013 to January 27, 2014;
    b. The last day to file Motions to be continued from July 31, 2013 to February 26, 2014;
    c. The last day for Settlement Conference be continued from July 31, 2013 to February 26, 2014;
    d. The Final Pretrial Conference be continued from September 16, 2013 at 3:00 p.m. to April 21, 2014 at 3:00 p.m.;
    e. The Trial be continued from October 1, 2013 at 9:00 a.m. to April 29, 2014 at 9:00 a.m.
    f. That all trial-related deadlines be continued to correspond with the new trial date to be set by the Court.
2. That the discovery cut off is continued for the purposes of responding to all written discovery (e.g. interrogatories, requests for production of documents and request for admissions) that has already been served, and to take the depositions of the parties and any non-party witnesses regardless of whether the depositions have already been noticed; and that the parties, upon good cause showing, may serve additional written discovery;
3. That the *Weaver* and *Olschewske* cases will be tentatively tried together. However, the Parties reserve the right to move the Court to have the cases severed and tried separately.

///
///
///

4. The *Weaver* and *Olschewske* cases shall be tried in two phases. The first phase shall be a jury trial to determine if Plaintiffs worked uncompensated overtime for Defendant. In the event the jury finds that Plaintiffs worked uncompensated overtime, the second phase shall be a bench trial to calculate any overtime owed to Plaintiffs.

5. Any further requests for a continuance are strongly disfavored

**IT IS SO ORDERED.**

Dated: June 27, 2013

Honorable Cormac Carney
United States District Judge